BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Tel.: 650-618-9250

*Attorneys for Defendants Lilium N.V.,
Barry Engle, Daniel Wiegand, and
Geoffrey Richardson*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANIRAJ ASHIRWAD GHANARAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON,<br><br>Defendants. | Case No.: 2:22-CV-02564-FMO-MRWx<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>Hearing Date: June 9, 2022<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

DEFS' NOTICE OF MOTION AND MOTION
CASE NO. 2:22-cv-02564-FMO-MRWx

## NOTICE OF MOTION AND MOTION

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2022 at 10:00 a.m., PST, in the above entitled Court at Courtroom D, United States Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Defendants Lilium N.V., Barry Engle, Daniel Wiegand, and Geoffrey Richardson will and hereby do move this Court, pursuant to 28 U.S.C. § 1404(a), for an order granting their motion for change of venue.

This motion is based on this Notice; the accompanying Defendants' Memorandum of Points and Authorities, which is filed contemporaneously with this motion; the Declaration of Andrew Brown; the Declaration of Drew Liming and attached exhibit; and any other matters properly before the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 25, 2022.

Respectfully submitted,

Dated: May 10, 2022

FRESHFIELDS BRUCKHAUS DERINGER
Professional Corporation

*/s/ Boris Feldman*
Boris Feldman

DEFS' NOTICE OF MOTION AND MOTION
CASE NO. 2:22-cv-02564-FMO-MRWx

1