BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Tel.: 650-618-9250

*Attorneys for Defendants Lilium N.V.,
Barry Engle, Daniel Wiegand, and
Geoffrey Richardson*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANIRAJ ASHIRWAD GHANARAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON,<br><br>Defendants. | Case No.: 2:22-CV-02564-FMO-MRWx<br><br>**DECLARATION OF ANDREW BROWN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Hearing Date: June 9, 2022<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

BROWN DECL. ISO DEFS' MOTION TO TRANSFER
CASE NO. 2:22-cv-02564-FMO-MRWx

I am currently the Global Compliance Counsel for Lilium N.V. ("Lilium").  I am employed by Lilium Aviation Inc., the wholly-owned U.S. subsidiary of Lilium, and provide legal and compliance services to all Lilium entities.  I submit this Declaration in support of Defendants' Motion to Transfer Venue.  I have personal knowledge of the facts set forth in this Declaration and could competently testify to the matters herein.

1.     Lilium's principal U.S. presence is in Boca Raton, Florida.  Lilium has an office located at 2385 N.W. Executive Center Drive, Suite 300, Boca Raton, Florida.

2.     The majority of Lilium's U.S. employees are based in Florida.

3.     Lilium's U.S. legal department is based in Boca Raton, Florida.  I am based in Lilium's Boca Raton office.  My colleagues Roger Franks (Lilium's Chief Legal Officer & General Counsel) and Jonathan Mann (Lilium's Deputy General Counsel) are also based in Lilium's Boca Raton office.

4.     Some of the preparatory work for Lilium's merger with Qell Acquisition Corp., including the drafting and dissemination of relevant disclosures, took place in Boca Raton, Florida.

5.     Lilium's personnel travel to Florida on occasion for business.

6.     Lilium does not have any employees or operations in the Central District of California.

7.     Daniel Wiegand, Lilium's Chief Executive Officer, resides in or around Munich, Germany.

8.     Geoffrey Richardson, Lilium's Chief Financial Officer, resides in Hillsborough, California.

9.     Barry Engle, a current Lilium director, primarily resides in Utah.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Boca Raton, Florida, this 10th of May, 2022.

*/s/ Andrew Brown*
Andrew Brown

BROWN DECL. ISO DEFS' MOTION TO TRANSFER   1
CASE NO. 2:22-cv-02564-FMO-MRWx