BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
DREW LIMING, State Bar No. 305156
drew.liming@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Tel.: 650-618-9250

*Attorneys for Defendants Lilium N.V.,
Barry Engle, Daniel Wiegand, and
Geoffrey Richardson*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANIRAJ ASHIRWAD GHANARAJ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON, <br><br> Defendants. | Case No.: 2:22-CV-02564-FMO-MRWx <br><br> **[PROPOSED] ORDER RE DEFENDANTS' MOTION TO TRANSFER VENUE** <br><br> Hearing Date: June 9, 2022 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 6D <br> Judge: Hon. Fernando M. Olguin |

[PROPOSED] ORDER
CASE NO. 2:22-cv-02564-FMO-MRWx

The Court, having read and considered Defendants' Motion to Transfer Venue, and the Supporting and Opposing documents, and for good cause appearing, rules that this action be transferred to the United States District Court for the Southern District of Florida.

**IT IS SO ORDERED**

Dated: _____                    _____

Hon. Fernando M. Olguin
United States District Judge

[PROPOSED] ORDER
CASE NO. 2:22-cv-02564-FMO-MRWx

1