Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANIRAJ ASHIRWAD GNANARAJ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, AND GEOFFREY RICHARDSON, <br><br> Defendants. | Case No. 2:22-cv-02564-FMO-MRW <br><br> **DECLARATION OF LAURENCE M. ROSEN IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE** <br><br> Hearing Date: June 9, 2022 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 6D <br> Judge: Hon. Fernando M. Olguin |

- 1 -

DECLARATION OF LAURENCE M. ROSEN IN OPPOSITION TO DEFENDANTS' MOTION
TO TRANSFER VENUE
2:22-cv-02564-FMO-MRW

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for Plaintiff Maniraj Ashirwad Gnanaraj ("Plaintiff"). I make this declaration in opposition of Defendants Lilium N.V. F/K/A Qell Acquisition Corp., Barry Engle, Daniel Wiegand, and Geoffrey Richardson's motion to transfer venue. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the press release published by Lilium on March 30, 2021.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the press release published by Lilium on September 14, 2021.

4.     Attached hereto as Exhibit 3 is a true and correct copy of Lilium's U.S. business address as listed on the SEC website.

5.     Attached hereto as Exhibit 4 is the true and correct copy of Lilium Aviation Inc.'s registration retrieved from the State of California, Secretary of State website, filed on October 13, 2020 and on March 8, 2021.

6.     Attached hereto as Exhibit 5 is a true and correct copy of select pages from Lilium's SEC filings establishing Defendant Barry Engle's business address.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 19th day of May, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.

- 2 -

DECLARATION OF LAURENCE M. ROSEN IN OPPOSITION TO DEFENDANTS' MOTION
TO TRANSFER VENUE
2:22-cv-02564-FMO-MRW

## **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner at The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen. On May 19, 2022, I electronically filed the foregoing DECLARATION OF LAURENCE M. ROSEN IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on May 19, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq

- 3 -