# Exhibit 3

# Lilium B.V.

SEC CIK #0001855756

SEC.report  ›  /  CIK  ›  /  Lilium B.V.

**Lilium B.V.** is incorporated in the state of Netherlands. Lilium B.V is primarily in the business of aircraft. For financial reporting, their fiscal year ends on December 31st. This page includes all SEC registration details as well as a list of all documents (S-1, Prospectus, Current Reports, 8-K, 10K, Annual Reports) filed by Lilium B.V..

## Company Details

| | |
|---|---|
| Reporting File Number | 001-40736 |
| State of Incorporation | NETHERLANDS |
| Fiscal Year End | 12-31 |
| Date of Edgar Filing Update | 2021-08-11 |
| SIC | 3721 [AIRCRAFT] |
| Business Address | 505 MONTGOMERY STREET<br>SUITE 1100<br>SAN FRANCISCO CA 94111 |
| Business Phone | 415-874-3000 |
| Mailing Address | 505 MONTGOMERY STREET<br>SUITE 1100<br>SAN FRANCISCO<br>CA<br>94111 |
| SEC Registered | 2021-04-09 08:02:12 |