# Exhibit 4



## LILIUM AVIATION INC (4652675)   ✕

**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | 10/13/2020 |
| *Status* | Terminated |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Inactive Date* | 10/26/2020 |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | Germany<br>CLAUDE-DORNIER STR. 1, GEB. 335<br>WESSLING BY,  82234 |
| *Mailing Address* | Germany<br>CLAUDE-DORNIER STR. 1, GEB. 335<br>WESSLING BY,  82234 |
| ❗ *Statement of Info Due Date* | 01/01/0001 |
| *Agent* | 1505 Corporation 1084<br>CORPORATE CREATIONS NETWORK INC.<br>4640 ADMIRALTY WAY 5TH FL<br>MARINA DEL REY, CA  90292 |



## LILIUM AVIATION INC (4727896)   ✕

**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | 03/08/2021 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 2385 N.W. EXECUTIVE CENTER DR. SUITE 300 BOCA RATON, FL 33431 |
| *Mailing Address* | 2385 N.W. EXECUTIVE CENTER DR. SUITE 300 BOCA RATON, FL 33431 |
| *Statement of Info Due Date* | 03/31/2023 |
| *Agent* | 1505 Corporation 1084 CORPORATE CREATIONS NETWORK INC. 4640 ADMIRALTY WAY 5TH FL MARINA DEL REY, CA  90292 |