| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Kim E. Miller (178370)<br>KAHN SWICK & FOTI, LLC<br>250 Park Ave., 7th Floor<br>New York, NY 10177<br>Telephone: (504) 455-1400<br>Facsimile: (504) 455-1498<br>kim.miller@ksfcounsel.com<br><br>ATTORNEY(S) FOR: Movant, Jonathan Coon | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANIRAJ ASHIRWAD GNANARAJ, Individually and obo all others similarly situated,<br>Plaintiff(s),<br>v.<br>LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON<br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-02564-FMO<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Jonathan Coon_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonathan Coon | Movant |
| Kahn Swick & Foti, LLC | Counsel for Movant |

| | |
|---|---|
| 6/17/2022<br>Date | s/ Kim E. Miller<br>Signature<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Kim E. Miller |