Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Movant, Jonathan Coon*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MANIRAJ ASHIRWAD GNANARAJ, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON,<br><br>                              Defendants. | Case No. 2:22-cv-02564-FMO<br><br>**DECLARATION OF KIM E. MILLER IN SUPPORT OF JONATHAN COON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br><u>**CLASS ACTION**</u><br><br>Judge:      Hon. Fernando M. Olguin<br>Date:       Thursday, July 21, 2022<br>Time:       10:00 a.m.<br>Courtroom: 6D – 6th Floor |

DECLARATION OF KIM E. MILLER                                        CASE NO. 2:22-cv-02564-FMO

I, Kim E. Miller, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2. I submit this Declaration, together with the attached exhibits, in support of Jonathan Coon's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of Jonathan Coon's sworn certification reflecting his position in Lilium N.V. f/k/a Qell Acquisition Corp. ("Lilium") securities during the Class Period.

4. Attached hereto as **Exhibit B** is a table reflecting the calculated losses incurred by Mr. Coon from his purchases of Lilium securities during the Class Period.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release published on April 18, 2022, on *BusinessWire*, a well-known national business-oriented publication, announcing the pendency of this lawsuit commenced against Defendants herein.

6. Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Friday, June 17, 2022, in New York City, New York.

*/s/ Kim E. Miller*
KIM E. MILLER

DECLARATION OF KIM E. MILLER            1            CASE No. 2:22-cv-02564-FMO