# EXHIBIT B

**Lilium Securities Litigation**
**Estimated Losses**

| | |
|---|---|
| **Class Period Begins:** | 3/30/2021 |
| **Class Period Ends:** | 3/14/2022 |
| **90-Day Period Ends:** | 6/12/2022 |
| **Mean Trading Price:** | 3.333951613 |

| Number of Shares | Average Cost Basis Per Share | Estimated Total Cost Basis | Value of Retained Shares* | ESTIMATED GAIN or (LOSS) |
|---|---|---|---|---|
| 150,000 | $ 9.9367 | $ 1,490,505.00 | $ 500,092.74 | $ (990,412.26) |

\* = For retained shares, losses have been determined using the "the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C.§ 78u-4(e).