Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Movant, Jonathan Coon*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MANIRAJ ASHIRWAD GNANARAJ, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON,<br><br>              Defendants. | Case No. 2:22-cv-02564-FMO<br><br>**DECLARATION OF KIM E. MILLER IN SUPPORT OF JONATHAN COON'S OMNIBUS OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF AND THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**CLASS ACTION**<br><br>Judge:      Hon. Fernando M. Olguin<br>Date:       Thursday, July 21, 2022<br>Time:       10:00 a.m.<br>Courtroom:  6D – 6th Floor |

OPPOSITION DECLARATION OF KIM E. MILLER                    CASE NO. 2:22-cv-02564-FMO

I, Kim E. Miller, hereby declare as follows:

1.     I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2.     I submit this Declaration, together with the attached exhibits, in support of Jonathan Coon's Omnibus Opposition to Competing Motions for Lead Plaintiff and in further support of his Motion for Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Jonathan Coon in support of his Omnibus Opposition to Competing Motions for Lead Plaintiff and his Motion for Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel, dated June 24, 2022, including its **Schedule 1-1** further detailing his transactions in Lilium N.V. f/k/a Qell Acquisition Corp. ("Lilium") securities during the Class Period.

4.     Attached hereto as **Exhibit 2** is a chart reflecting additional details concerning the calculated losses incurred by Mr. Coon from his purchase of Lilium securities during the Class Period.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Monday, June 27, 2022, in Scarsdale, New York.

*/s/ Kim E. Miller*
KIM E. MILLER
