# EXHIBIT 1

Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Movant, Jonathan Coon*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MANIRAJ ASHIRWAD GNANARAJ, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON,<br><br>      Defendants. | Case No. 2:22-cv-02564-FMO<br><br>**DECLARATION OF JONATHAN COON**<br><br>**<u>CLASS ACTION</u>**<br><br>Judge: Hon. Fernando M. Olguin<br>Date:  Thursday, July 21, 2022<br>Time:  10:00 a.m.<br>Courtroom: 6D – 6th Floor |

DocuSign Envelope ID: 568C777E-3G82-434G-AE5A-CCCEE56AD789

I, Jonathan Coon, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I respectfully submit this Declaration in support of my Motion for Appointment as Lead Plaintiff and for Approval of my Selection of Lead Counsel in the instant putative Class action on behalf of investors in Lilium N.V. f/k/a Qell Acquisition Corp. ("Lilium" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2. I am a resident of Austin, Texas, and have a bachelor's degree from Brigham Young University.

3. I am an entrepreneur and the co-founder and former CEO of 1-800-CONTACTS, Inc. Currently, I am the CEO of Impossible Ventures LLC and have held this position for more than eight years. I am also the founder of the Austin Emergency Supply Foundation, co-founder of Austin Capital Partners, LLC, and founder and CEO of Wikibuy.

4. I have many years of experience investing in the capital markets. I believe the securities class action against Lilium is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the Class.

5. I supplement my original certification to the Court with the attached **Schedule 1-1**, which provides in greater detail my transactions in Lilium securities during the Class Period. **Schedule 1-1** lists the specific dates, prices, and quantities of my individual transactions, totaling 150,000 shares purchased. I further certify under penalty of perjury and pursuant to the federal securities laws that this list of transactions is complete and accurate.

6. I suffered a substantial loss on my investments in Lilium securities. For this reason, I decided to seek appointment as Lead Plaintiff in this action. I understand the responsibilities and duties of service as a Lead Plaintiff, including my fiduciary duties to the Class.

7.    I understand and appreciate that a Lead Plaintiff's obligation under the PSLRA is to act as a fiduciary for the class, and that an important decision in this role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe KSF is well-qualified to represent the Class. As part of my due diligence process, I assessed the firm's qualifications and communicated with KSF's Managing Partner, Lewis S. Kahn.

8.    I will direct Lead Counsel to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing substantive filings before they are filed with the Court, attending key hearings, and leading settlement discussions, if any, that will take place in this matter.

9.    I understand that a Lead Plaintiff's share of any recovery is the same as any other potential Class member. As my initial Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my pro rata share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: _____6/24/2022_____



DocuSigned by:

BA63DE4E9342475...
JONATHAN COON

DECLARATION OF JONATHAN COON                    2                    CASE No. 2:22-cv-02564-FMO

DocuSign Envelope ID: 568C777F-3G82-434G-AE5A-CCCFE56AD789

| SCHEDULE 1-1 | | | |
|---|---|---|---|
| Transactions In LILIUM N.V. F/K/A QELL ACQUISITION CORP. Common Stock | | | |
| DATE | TRANSACTION | QUANTITY | PRICE |
| 4/26/2021 | PURCHASE | 10,000 | 9.9095 |
| 4/26/2021 | PURCHASE | 9,500 | 9.91 |
| 4/26/2021 | PURCHASE | 500 | 9.905 |
| 4/26/2021 | PURCHASE | 15,545 | 9.92 |
| 4/26/2021 | PURCHASE | 11,158 | 9.91 |
| 4/26/2021 | PURCHASE | 400 | 9.909 |
| 4/26/2021 | PURCHASE | 2,897 | 9.905 |
| 5/7/2021 | PURCHASE | 50,000 | 9.94 |
| 6/21/2021 | PURCHASE | 3,610 | 9.95 |
| 6/21/2021 | PURCHASE | 6,390 | 9.9499 |
| 6/21/2021 | PURCHASE | 9,760 | 9.96 |
| 6/21/2021 | PURCHASE | 101 | 9.95 |
| 6/21/2021 | PURCHASE | 139 | 9.9499 |
| 6/21/2021 | PURCHASE | 9,300 | 9.9599 |
| 6/21/2021 | PURCHASE | 9,900 | 9.97 |
| 6/21/2021 | PURCHASE | 100 | 9.9699 |
| 6/21/2021 | PURCHASE | 10,000 | 9.95 |
| 6/21/2021 | PURCHASE | 300 | 9.94 |
| 6/21/2021 | PURCHASE | 400 | 9.9398 |

**TOTAL PURCHASED:**               150,000