# EXHIBIT 2

**Lilium Securities Litigation**
**Estimated Losses**

| | |
|---|---|
| **Class Period Begins:** | 3/30/2021 |
| **Class Period Ends:** | 3/14/2022 |
| **90-Day Period Ends:** | 6/12/2022 |
| **Mean Trading Price:** | 3.333951613 |

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL (COST): | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS: | TOTAL GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2021 | PURCHASE | 10,000 | $ 9.9095 | $ (99,095.00) | | HELD* | (10,000) | 3.333952 | $ 33,339.52 | $ (65,755.48) |
| 4/26/2021 | PURCHASE | 9,500 | $ 9.9100 | $ (94,145.00) | | HELD* | (9,500) | 3.333952 | $ 31,672.54 | $ (62,472.46) |
| 4/26/2021 | PURCHASE | 500 | $ 9.9050 | $ (4,952.50) | | HELD* | (500) | 3.333952 | $ 1,666.98 | $ (3,285.52) |
| 4/26/2021 | PURCHASE | 15,545 | $ 9.9200 | $ (154,206.40) | | HELD* | (15,545) | 3.333952 | $ 51,826.28 | $ (102,380.12) |
| 4/26/2021 | PURCHASE | 11,158 | $ 9.9100 | $ (110,575.78) | | HELD* | (11,158) | 3.333952 | $ 37,200.23 | $ (73,375.55) |
| 4/26/2021 | PURCHASE | 400 | $ 9.9090 | $ (3,963.60) | | HELD* | (400) | 3.333952 | $ 1,333.58 | $ (2,630.02) |
| 4/26/2021 | PURCHASE | 2,897 | $ 9.9050 | $ (28,694.79) | | HELD* | (2,897) | 3.333952 | $ 9,658.46 | $ (19,036.33) |
| 5/7/2021 | PURCHASE | 50,000 | $ 9.9400 | $ (497,000.00) | | HELD* | (50,000) | 3.333952 | $ 166,697.58 | $ (330,302.42) |
| 6/21/2021 | PURCHASE | 3,610 | $ 9.9500 | $ (35,919.50) | | HELD* | (3,610) | 3.333952 | $ 12,035.57 | $ (23,883.93) |
| 6/21/2021 | PURCHASE | 6,390 | $ 9.9499 | $ (63,579.86) | | HELD* | (6,390) | 3.333952 | $ 21,303.95 | $ (42,275.91) |
| 6/21/2021 | PURCHASE | 9,760 | $ 9.9600 | $ (97,209.60) | | HELD* | (9,760) | 3.333952 | $ 32,539.37 | $ (64,670.23) |
| 6/21/2021 | PURCHASE | 101 | $ 9.9500 | $ (1,004.95) | | HELD* | (101) | 3.333952 | $ 336.73 | $ (668.22) |
| 6/21/2021 | PURCHASE | 139 | $ 9.9499 | $ (1,383.04) | | HELD* | (139) | 3.333952 | $ 463.42 | $ (919.62) |
| 6/21/2021 | PURCHASE | 9,300 | $ 9.9599 | $ (92,627.07) | | HELD* | (9,300) | 3.333952 | $ 31,005.75 | $ (61,621.32) |
| 6/21/2021 | PURCHASE | 9,900 | $ 9.9700 | $ (98,703.00) | | HELD* | (9,900) | 3.333952 | $ 33,006.12 | $ (65,696.88) |
| 6/21/2021 | PURCHASE | 100 | $ 9.9699 | $ (996.99) | | HELD* | (100) | 3.333952 | $ 333.40 | $ (663.59) |
| 6/21/2021 | PURCHASE | 10,000 | $ 9.9500 | $ (99,500.00) | | HELD* | (10,000) | 3.333952 | $ 33,339.52 | $ (66,160.48) |
| 6/21/2021 | PURCHASE | 300 | $ 9.9400 | $ (2,982.00) | | HELD* | (300) | 3.333952 | $ 1,000.19 | $ (1,981.81) |
| 6/21/2021 | PURCHASE | 400 | $ 9.9398 | $ (3,975.92) | | HELD* | (400) | 3.333952 | $ 1,333.58 | $ (2,642.34) |
| | **Total Bought:** | **150,000** | **Total Cost:** | **$ (1,490,514.99)** | | | | | **Total Loss:** | **$ (990,422.25)** |
| Compared to ECF No. 30-2: | | 150,000 | | $ (1,490,505.00) | | | | | | $ (990,412.26) |
| **Difference:** | | - | | **$ (9.99)** | | | | | | **$ (9.99)** |

HELD* = For shares purchased during the Class Period and retained throughout the 90-day period immediately thereafter, losses have been determined using the "mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C.§78u-4(e).