**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-80232-ROSENBERG/REINHART**

MANIRAJ ASHIRWAD GNANARAJ,
Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiffs,
                        -v.-

LILIUM N.V. F/K/A QELL ACQUISITION
CORP. *et al.*,

                        Defendants.

**DECLARATION OF DORU GAVRIL IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**
**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, DORU GAVRIL, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the Bar of California, admitted to this court pro hac vice (ECF 70), and am co-counsel for Defendants Lilium N.V., Qell Acquisition Corp., Barry Engle, Daniel Wiegand, Geoffrey Richardson, Yves Yemsi, and Alastair McIntosh in the above-captioned matter.

2.  I respectfully submit this declaration and the attached exhibits[1] in support of Defendants' Motion to Dismiss the Amended Complaint.

3.  Attached as <u>Exhibit 1</u> is a true and correct copy of excerpts of Lilium's Proxy Statement, filed with the SEC on August 11, 2021, *available at*

---

[1] The Court may consider all of the exhibits listed herein because they are either incorporated by reference into Plaintiff's complaint or matters of which the court can take judicial notice. *See Hubbard v. BankAtlantic Bancorp, Inc.*, 625 F. Supp. 2d 1267, 1279 (S.D. Fla. 2008) (citing *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007)). The Court "may judicially notice a fact that is not subject to reasonable dispute because it is (1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b). As such, the Court may consider SEC filings and other public records. *Ubuy Holdings, Inc. v. Gladstone*, 340 F. Supp. 2d 1343, 1346 (S.D. Fla. 2004) (permitting judicial notice of documents filed with SEC and other public records); *see also Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1280 (11th Cir. 1999) (noting the "body of precedent permitting public records and especially public SEC records to be [judicially noticed]").

https://www.sec.gov/Archives/edgar/data/1855756/000110465921103091/tm2111158-46_424b3.htm.

4. Attached as Exhibit 2 is a a true and correct copy of excerpts of Lilium's Annual Report, filed with the SEC on March 28, 2023, *available at* https://www.sec.gov/Archives/edgar/data/1855756/000141057823000369/lilm-20221231x20f.htm.

5. Attached as Exhibit 3 is a true and correct copy of excerpts of Lilium's Amended Registration Statement, filed with the SEC on August 4, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1855756/000110465921100190/tm2111158-42_f4a.htm.

6. Attached as Exhibit 4 is a true and correct copy of Exhibit 4.5 (Registration Rights Agreement) of Lilium's Registration Statement, filed with the SEC on September 20, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1855756/000110465921117334/tm2127935d1_ex4-5.htm.

7. Attached as Exhibit 5 is a true and correct copy of Lilium's historical stock prices between November 23, 2020 and May 5, 2023, as listed on Nasdaq, *available at* https://www.nasdaq.com/market-activity/stocks/lilm/historical.

8. Attached as Exhibit 6 is a true and correct copy of excerpts of Lilium's Annual Report, filed with the SEC on March 30, 2022, *available at* https://www.sec.gov/Archives/edgar/data/1855756/000110465922040260/lilm-20211231x20f.htm.

9. Attached as Exhibit 7 is a true and correct copy of Lilium's Investor Day Presentation, filed with the SEC on March 30, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1821171/000110465921043701/tm2111158d3_425.htm

10. Attached as Exhibit 8 is a true and correct copy of Lilium's Analyst Presentation, filed with the SEC on June 15, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1821171/000110465921081279/tm2111158d24_425.htm.

11. Attached as Exhibit 9 is a true and correct copy of Lilium's Analyst Day Transcript, filed with the SEC on June 16, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1821171/000110465921082044/tm2111158d27_425.htm.

12. Attached as <u>Exhibit 10</u> is a true and correct copy of the November 26, 2022 article "Grundsätzlich fliegbar," published by Der Spiegel, with an English translation from Deep L Translate, https://www.deepl.com/translator.

13. Attached as <u>Exhibit 11</u> is a true and correct copy of the April 7, 2021 Lilium White Paper "Architectural Performance Assessment of an Electric Vertical Take-off and Landing (e-VTOL) Aircraft Based on a Ducted Vectored Thrust Concept," written by Dr. Patrick Nathen.

14. Attached as <u>Exhibit 12</u> is a true and correct copy of the August 4, 2021 Lilium Technology Blog post, written by Alastair McIntosh.

15. Attached as <u>Exhibit 13</u> is a true and correct copy of Qell Acquisition Corp.'s status report from the Cayman Islands Corporate Registry, retrieved May 11, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2023

/s/_____
Doru Gavril

Date: May 12, 2023    Respectfully submitted,


        */s/ Bradley S. Shrailberg*
        Bradley S. Shraiberg (Fla. Bar No. 121622)
        Patrick Dorsey (Fla. Bar No. 0085841)
        **SHRAIBERG PAGE P.A.**
        2385 NW Executive Center Dr Ste 300
        Boca Raton, FL 33431-8530
        (561) 443-0800
        bss@slp.law
        pdorsey@slp.law

        Boris Feldman
        Doru Gavril
        **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
        855 Main Street
        Redwood City, CA
        (650) 618-9250
        boris.feldman@freshfields.com
        doru.gavril@freshfields.com

        Adam Rosenfeld
        Justin Lin
        Susannah Benjamin
        **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
        601 Lexington Ave
        New York, NY 10022
        (212) 277-4000
        adam.rosenfeld@freshfields.com
        justin.lin@freshfields.com
        susannah.benjamin@freshfields.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on 12th day of May 2023.

/s/ *Bradley S. Shraiberg*
Bradley S. Shraiberg
