# EXHIBIT 5

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 05/10/2023 | $1.04 | 6,164,237 | $0.9293 | $1.0701 | $0.88 |
| 05/09/2023 | $0.9293 | 7,477,173 | $0.95 | $0.98 | $0.7832 |
| 05/08/2023 | $0.93 | 14,429,990 | $0.93 | $1.045 | $0.83 |
| 05/05/2023 | $0.817 | 11,104,890 | $0.678 | $0.82 | $0.656 |
| 05/04/2023 | $0.6278 | 10,651,040 | $0.664 | $0.7259 | $0.58 |
| 05/03/2023 | $0.604 | 13,105,610 | $0.4733 | $0.6405 | $0.473 |
| 05/02/2023 | $0.4542 | 33,595,850 | $0.4902 | $0.5165 | $0.43 |
| 05/01/2023 | $0.3832 | 1,845,704 | $0.415 | $0.42 | $0.3701 |
| 04/28/2023 | $0.42 | 1,955,282 | $0.42 | $0.4497 | $0.4128 |
| 04/27/2023 | $0.42 | 1,477,390 | $0.4177 | $0.435 | $0.4098 |
| 04/26/2023 | $0.406 | 1,584,927 | $0.42 | $0.4352 | $0.3917 |
| 04/25/2023 | $0.42 | 2,209,365 | $0.4309 | $0.4515 | $0.416 |
| 04/24/2023 | $0.423 | 2,400,316 | $0.448 | $0.4598 | $0.41 |
| 04/21/2023 | $0.434 | 1,881,524 | $0.4385 | $0.444 | $0.4131 |
| 04/20/2023 | $0.4163 | 2,046,061 | $0.4504 | $0.4573 | $0.4151 |
| 04/19/2023 | $0.4575 | 2,081,569 | $0.465 | $0.47 | $0.4401 |
| 04/18/2023 | $0.4721 | 1,969,981 | $0.5042 | $0.5042 | $0.46 |
| 04/17/2023 | $0.49 | 2,621,870 | $0.52 | $0.5225 | $0.482 |

< 1 2 3 4 5 6 7 … 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M   6M   YTD   1Y   **5Y**   MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 04/14/2023 | $0.51 | 2,091,939 | $0.55 | $0.5569 | $0.501 |
| 04/13/2023 | $0.548 | 1,330,199 | $0.5535 | $0.5699 | $0.5392 |
| 04/12/2023 | $0.5542 | 1,878,368 | $0.6128 | $0.6296 | $0.55 |
| 04/11/2023 | $0.614 | 1,591,339 | $0.62 | $0.6473 | $0.6034 |
| 04/10/2023 | $0.60 | 1,044,396 | $0.6092 | $0.6092 | $0.59 |
| 04/06/2023 | $0.5968 | 1,683,323 | $0.5974 | $0.60 | $0.5709 |
| 04/05/2023 | $0.5808 | 3,943,548 | $0.61 | $0.6968 | $0.54 |
| 04/04/2023 | $0.6004 | 2,893,562 | $0.6799 | $0.68 | $0.595 |
| 04/03/2023 | $0.655 | 2,145,205 | $0.695 | $0.726 | $0.642 |
| 03/31/2023 | $0.65 | 2,342,677 | $0.701 | $0.7099 | $0.65 |
| 03/30/2023 | $0.6736 | 14,020,680 | $0.7725 | $0.7747 | $0.65 |
| 03/29/2023 | $0.752 | 2,398,298 | $0.7188 | $0.77 | $0.6846 |
| 03/28/2023 | $0.7071 | 3,464,089 | $0.68 | $0.72 | $0.6402 |
| 03/27/2023 | $0.6723 | 2,530,102 | $0.7278 | $0.7401 | $0.65 |
| 03/24/2023 | $0.6741 | 4,072,163 | $0.75 | $0.7698 | $0.67 |
| 03/23/2023 | $0.7954 | 767,509 | $0.7738 | $0.8206 | $0.7634 |
| 03/22/2023 | $0.7765 | 884,124 | $0.82 | $0.82 | $0.77 |
| 03/21/2023 | $0.80 | 1,350,280 | $0.76 | $0.8109 | $0.7401 |

‹   1   2   3   4   5   6   7   …   35   ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 03/20/2023 | $0.73 | 1,467,406 | $0.79 | $0.79 | $0.72 |
| 03/17/2023 | $0.7573 | 881,633 | $0.8299 | $0.8299 | $0.7573 |
| 03/16/2023 | $0.7951 | 839,570 | $0.82 | $0.82 | $0.78 |
| 03/15/2023 | $0.7972 | 1,619,215 | $0.785 | $0.8175 | $0.7556 |
| 03/14/2023 | $0.8126 | 1,183,067 | $0.8328 | $0.8581 | $0.8069 |
| 03/13/2023 | $0.84 | 1,412,107 | $0.82 | $0.8558 | $0.8001 |
| 03/10/2023 | $0.8306 | 2,382,405 | $0.87 | $0.879 | $0.80 |
| 03/09/2023 | $0.8535 | 1,268,574 | $0.91 | $0.93 | $0.8531 |
| 03/08/2023 | $0.90 | 1,956,089 | $0.96 | $0.9672 | $0.885 |
| 03/07/2023 | $0.9503 | 920,688 | $0.98 | $1.01 | $0.9301 |
| 03/06/2023 | $0.98 | 1,040,952 | $0.9834 | $1.03 | $0.963 |
| 03/03/2023 | $0.9834 | 1,587,707 | $0.9594 | $1.01 | $0.9501 |
| 03/02/2023 | $0.9511 | 1,879,508 | $0.98 | $0.99 | $0.923 |
| 03/01/2023 | $0.9881 | 1,491,998 | $1.01 | $1.03 | $0.9698 |
| 02/28/2023 | $1.01 | 929,903 | $1.03 | $1.05 | $1.00 |
| 02/27/2023 | $1.03 | 969,847 | $1.06 | $1.06 | $1.02 |
| 02/24/2023 | $1.04 | 1,198,839 | $1.03 | $1.05 | $1.01 |
| 02/23/2023 | $1.04 | 1,593,921 | $1.08 | $1.10 | $1.02 |

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX |

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 02/22/2023 | $1.06 | 1,351,256 | $1.06 | $1.095 | $1.05 |
| 02/21/2023 | $1.06 | 1,366,413 | $1.12 | $1.12 | $1.05 |
| 02/17/2023 | $1.11 | 1,357,822 | $1.08 | $1.12 | $1.07 |
| 02/16/2023 | $1.08 | 1,487,565 | $1.14 | $1.15 | $1.07 |
| 02/15/2023 | $1.15 | 1,278,725 | $1.13 | $1.16 | $1.12 |
| 02/14/2023 | $1.13 | 1,943,719 | $1.15 | $1.17 | $1.09 |
| 02/13/2023 | $1.12 | 2,537,656 | $1.19 | $1.20 | $1.10 |
| 02/10/2023 | $1.17 | 1,620,861 | $1.19 | $1.20 | $1.14 |
| 02/09/2023 | $1.19 | 1,971,678 | $1.30 | $1.30 | $1.18 |
| 02/08/2023 | $1.28 | 682,805 | $1.30 | $1.31 | $1.25 |
| 02/07/2023 | $1.30 | 1,090,895 | $1.31 | $1.335 | $1.26 |
| 02/06/2023 | $1.29 | 1,445,890 | $1.34 | $1.36 | $1.28 |
| 02/03/2023 | $1.37 | 1,774,763 | $1.35 | $1.4101 | $1.325 |
| 02/02/2023 | $1.33 | 2,667,255 | $1.34 | $1.39 | $1.31 |
| 02/01/2023 | $1.30 | 1,808,688 | $1.29 | $1.38 | $1.28 |
| 01/31/2023 | $1.28 | 925,056 | $1.23 | $1.29 | $1.22 |
| 01/30/2023 | $1.21 | 1,080,605 | $1.30 | $1.32 | $1.20 |
| 01/27/2023 | $1.29 | 1,839,634 | $1.30 | $1.31 | $1.25 |

< 1 2 3 **4** 5 6 7 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX |

DOWNLOAD DATA ↓

| Date | Close/Last | Volume | Open | High | Low |
| --- | --- | --- | --- | --- | --- |
| 01/26/2023 | $1.28 | 1,044,271 | $1.29 | $1.31 | $1.27 |
| 01/25/2023 | $1.26 | 1,248,564 | $1.26 | $1.28 | $1.20 |
| 01/24/2023 | $1.23 | 888,683 | $1.28 | $1.285 | $1.21 |
| 01/23/2023 | $1.27 | 995,175 | $1.29 | $1.29 | $1.26 |
| 01/20/2023 | $1.265 | 760,067 | $1.23 | $1.28 | $1.21 |
| 01/19/2023 | $1.22 | 835,447 | $1.23 | $1.28 | $1.22 |
| 01/18/2023 | $1.30 | 1,183,530 | $1.35 | $1.39 | $1.29 |
| 01/17/2023 | $1.35 | 1,166,223 | $1.40 | $1.40 | $1.33 |
| 01/13/2023 | $1.39 | 1,939,108 | $1.28 | $1.42 | $1.27 |
| 01/12/2023 | $1.28 | 1,343,649 | $1.22 | $1.30 | $1.19 |
| 01/11/2023 | $1.22 | 1,211,945 | $1.19 | $1.24 | $1.18 |
| 01/10/2023 | $1.17 | 859,454 | $1.20 | $1.21 | $1.15 |
| 01/09/2023 | $1.19 | 933,518 | $1.21 | $1.225 | $1.16 |
| 01/06/2023 | $1.18 | 727,800 | $1.22 | $1.23 | $1.15 |
| 01/05/2023 | $1.21 | 1,017,876 | $1.29 | $1.29 | $1.19 |
| 01/04/2023 | $1.29 | 2,028,722 | $1.25 | $1.29 | $1.20 |
| 01/03/2023 | $1.21 | 2,391,459 | $1.15 | $1.22 | $1.15 |
| 12/30/2022 | $1.14 | 1,124,071 | $1.13 | $1.18 | $1.1293 |

< 1 2 3 4 5 6 7 ... 35 >

41IJHXVKNQL1FmWTGHKS3kk9QSPI-3y9i401K2sXLZkJwGOqzdETxAvzH9ibZA8bel0118St3qFtJXdVb9WsDnzrdiWPveKLVoSJG0JIPVLwv_TCgqR8q9SG8YqHbfODv

LILM  >  LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX | | DOWNLOAD DATA ↓ |
|----|----|-----|----|----|----|----|----|

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 12/29/2022 | $1.16 | 3,823,684 | $1.12 | $1.23 | $1.12 |
| 12/28/2022 | $1.12 | 1,046,444 | $1.11 | $1.14 | $1.09 |
| 12/27/2022 | $1.11 | 1,310,581 | $1.19 | $1.19 | $1.095 |
| 12/23/2022 | $1.21 | 1,075,256 | $1.20 | $1.215 | $1.18 |
| 12/22/2022 | $1.18 | 1,033,854 | $1.17 | $1.24 | $1.16 |
| 12/21/2022 | $1.17 | 712,798 | $1.19 | $1.21 | $1.15 |
| 12/20/2022 | $1.19 | 569,386 | $1.17 | $1.21 | $1.1506 |
| 12/19/2022 | $1.16 | 1,411,703 | $1.32 | $1.33 | $1.15 |
| 12/16/2022 | $1.30 | 1,014,912 | $1.28 | $1.30 | $1.25 |
| 12/15/2022 | $1.30 | 1,370,452 | $1.27 | $1.325 | $1.24 |
| 12/14/2022 | $1.29 | 1,038,426 | $1.24 | $1.295 | $1.21 |
| 12/13/2022 | $1.24 | 987,958 | $1.28 | $1.30 | $1.20 |
| 12/12/2022 | $1.22 | 1,410,773 | $1.22 | $1.22 | $1.18 |
| 12/09/2022 | $1.20 | 1,897,019 | $1.25 | $1.25 | $1.19 |
| 12/08/2022 | $1.24 | 2,138,061 | $1.30 | $1.30 | $1.23 |
| 12/07/2022 | $1.27 | 2,908,448 | $1.37 | $1.38 | $1.26 |
| 12/06/2022 | $1.42 | 848,059 | $1.46 | $1.47 | $1.37 |
| 12/05/2022 | $1.44 | 1,130,890 | $1.47 | $1.4987 | $1.43 |

< 1 2 3 4 5 6 7 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M   6M   YTD   1Y   **5Y**   MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|------------|--------|------|------|-----|
| 12/02/2022 | $1.47 | 668,728 | $1.40 | $1.48 | $1.3901 |
| 12/01/2022 | $1.40 | 790,993 | $1.42 | $1.43 | $1.37 |
| 11/30/2022 | $1.41 | 1,126,974 | $1.42 | $1.45 | $1.35 |
| 11/29/2022 | $1.40 | 711,645 | $1.39 | $1.42 | $1.38 |
| 11/28/2022 | $1.40 | 929,165 | $1.41 | $1.51 | $1.40 |
| 11/25/2022 | $1.46 | 525,172 | $1.42 | $1.47 | $1.40 |
| 11/23/2022 | $1.42 | 1,092,997 | $1.43 | $1.4501 | $1.39 |
| 11/22/2022 | $1.43 | 1,834,661 | $1.51 | $1.51 | $1.40 |
| 11/21/2022 | $1.51 | 1,271,028 | $1.59 | $1.59 | $1.50 |
| 11/18/2022 | $1.58 | 2,021,216 | $1.60 | $1.63 | $1.52 |
| 11/17/2022 | $1.70 | 737,216 | $1.69 | $1.71 | $1.64 |
| 11/16/2022 | $1.70 | 781,148 | $1.78 | $1.78 | $1.68 |
| 11/15/2022 | $1.78 | 1,229,398 | $1.80 | $1.848 | $1.73 |
| 11/14/2022 | $1.80 | 974,590 | $1.91 | $1.91 | $1.7601 |
| 11/11/2022 | $1.92 | 857,014 | $1.84 | $1.94 | $1.82 |
| 11/10/2022 | $1.82 | 879,966 | $1.72 | $1.89 | $1.72 |
| 11/09/2022 | $1.66 | 1,203,599 | $1.75 | $1.7517 | $1.63 |
| 11/08/2022 | $1.78 | 601,397 | $1.75 | $1.83 | $1.705 |

< 1 ... 5 6 **7** 8 9 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|------------|--------|------|------|-----|
| 11/07/2022 | $1.73 | 1,505,627 | $1.93 | $1.96 | $1.71 |
| 11/04/2022 | $1.93 | 662,946 | $1.93 | $1.93 | $1.8404 |
| 11/03/2022 | $1.86 | 634,768 | $1.82 | $1.895 | $1.77 |
| 11/02/2022 | $1.79 | 930,379 | $1.87 | $1.95 | $1.77 |
| 11/01/2022 | $1.86 | 804,012 | $1.88 | $1.9496 | $1.86 |
| 10/31/2022 | $1.86 | 1,459,325 | $1.88 | $1.88 | $1.76 |
| 10/28/2022 | $1.88 | 814,045 | $1.81 | $1.88 | $1.74 |
| 10/27/2022 | $1.80 | 2,362,429 | $1.98 | $1.98 | $1.76 |
| 10/26/2022 | $1.89 | 3,521,147 | $1.75 | $1.98 | $1.74 |
| 10/25/2022 | $1.69 | 1,007,630 | $1.62 | $1.69 | $1.60 |
| 10/24/2022 | $1.61 | 1,605,329 | $1.70 | $1.70 | $1.58 |
| 10/21/2022 | $1.65 | 954,910 | $1.64 | $1.71 | $1.57 |
| 10/20/2022 | $1.66 | 627,230 | $1.73 | $1.77 | $1.65 |
| 10/19/2022 | $1.72 | 756,829 | $1.72 | $1.74 | $1.66 |
| 10/18/2022 | $1.76 | 628,973 | $1.81 | $1.81 | $1.7301 |
| 10/17/2022 | $1.74 | 930,903 | $1.72 | $1.79 | $1.69 |
| 10/14/2022 | $1.67 | 1,150,778 | $1.72 | $1.80 | $1.65 |
| 10/13/2022 | $1.68 | 1,310,025 | $1.70 | $1.77 | $1.62 |

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 10/12/2022 | $1.74 | 834,378 | $1.78 | $1.78 | $1.67 |
| 10/11/2022 | $1.75 | 1,134,241 | $1.84 | $1.87 | $1.72 |
| 10/10/2022 | $1.78 | 1,433,888 | $1.98 | $1.98 | $1.765 |
| 10/07/2022 | $1.97 | 1,118,213 | $2.12 | $2.12 | $1.90 |
| 10/06/2022 | $2.12 | 2,042,806 | $2.16 | $2.37 | $2.12 |
| 10/05/2022 | $2.18 | 1,092,476 | $2.26 | $2.26 | $2.11 |
| 10/04/2022 | $2.33 | 1,074,522 | $2.15 | $2.34 | $2.13 |
| 10/03/2022 | $2.07 | 2,323,915 | $2.30 | $2.30 | $1.91 |
| 09/30/2022 | $2.28 | 1,089,650 | $2.12 | $2.33 | $2.0902 |
| 09/29/2022 | $2.12 | 4,208,275 | $2.18 | $2.3027 | $2.08 |
| 09/28/2022 | $2.21 | 1,194,119 | $2.07 | $2.23 | $2.06 |
| 09/27/2022 | $2.06 | 1,301,286 | $2.05 | $2.13 | $2.00 |
| 09/26/2022 | $2.03 | 1,719,826 | $1.99 | $2.09 | $1.925 |
| 09/23/2022 | $1.97 | 2,251,856 | $1.89 | $2.01 | $1.81 |
| 09/22/2022 | $1.88 | 2,317,816 | $2.04 | $2.06 | $1.86 |
| 09/21/2022 | $2.06 | 1,059,623 | $2.14 | $2.15 | $2.02 |
| 09/20/2022 | $2.10 | 1,198,233 | $2.06 | $2.17 | $2.00 |
| 09/19/2022 | $2.03 | 1,494,657 | $2.16 | $2.17 | $2.02 |

< 1 … 7 8 **9** 10 11 … 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
| --- | --- | --- | --- | --- | --- |
| 09/16/2022 | $2.20 | 1,466,501 | $2.21 | $2.225 | $2.12 |
| 09/15/2022 | $2.23 | 1,327,954 | $2.20 | $2.32 | $2.165 |
| 09/14/2022 | $2.24 | 1,310,328 | $2.13 | $2.25 | $2.05 |
| 09/13/2022 | $2.14 | 2,067,315 | $2.22 | $2.22 | $2.13 |
| 09/12/2022 | $2.34 | 1,972,062 | $2.31 | $2.36 | $2.215 |
| 09/09/2022 | $2.28 | 1,019,148 | $2.24 | $2.31 | $2.23 |
| 09/08/2022 | $2.24 | 942,475 | $2.18 | $2.24 | $2.145 |
| 09/07/2022 | $2.21 | 910,558 | $2.16 | $2.21 | $2.12 |
| 09/06/2022 | $2.15 | 1,633,273 | $2.31 | $2.31 | $2.15 |
| 09/02/2022 | $2.24 | 1,033,197 | $2.38 | $2.41 | $2.23 |
| 09/01/2022 | $2.29 | 927,736 | $2.27 | $2.31 | $2.21 |
| 08/31/2022 | $2.32 | 863,289 | $2.35 | $2.37 | $2.26 |
| 08/30/2022 | $2.34 | 662,168 | $2.37 | $2.37 | $2.27 |
| 08/29/2022 | $2.32 | 971,294 | $2.29 | $2.35 | $2.28 |
| 08/26/2022 | $2.34 | 1,113,241 | $2.52 | $2.52 | $2.32 |
| 08/25/2022 | $2.49 | 799,796 | $2.50 | $2.51 | $2.41 |
| 08/24/2022 | $2.48 | 896,849 | $2.40 | $2.50 | $2.365 |
| 08/23/2022 | $2.36 | 1,759,113 | $2.39 | $2.4185 | $2.30 |

‹    1    …    8    9    **10**    11    12    …    35    ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX |
|---|---|---|---|---|---|

DOWNLOAD DATA

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 08/22/2022 | $2.34 | 1,452,466 | $2.40 | $2.45 | $2.315 |
| 08/19/2022 | $2.46 | 2,267,972 | $2.60 | $2.60 | $2.43 |
| 08/18/2022 | $2.67 | 716,836 | $2.64 | $2.69 | $2.60 |
| 08/17/2022 | $2.65 | 1,859,741 | $2.78 | $2.90 | $2.62 |
| 08/16/2022 | $2.83 | 2,086,171 | $2.87 | $2.90 | $2.71 |
| 08/15/2022 | $2.91 | 2,078,604 | $3.12 | $3.13 | $2.87 |
| 08/12/2022 | $3.16 | 1,758,333 | $2.99 | $3.17 | $2.90 |
| 08/11/2022 | $2.94 | 1,923,248 | $3.09 | $3.12 | $2.88 |
| 08/10/2022 | $2.96 | 1,979,565 | $3.08 | $3.08 | $2.795 |
| 08/09/2022 | $2.71 | 1,384,160 | $2.97 | $2.97 | $2.70 |
| 08/08/2022 | $3.01 | 1,415,622 | $2.98 | $3.13 | $2.945 |
| 08/05/2022 | $2.98 | 1,931,768 | $3.16 | $3.16 | $2.88 |
| 08/04/2022 | $3.15 | 2,459,218 | $2.93 | $3.25 | $2.93 |
| 08/03/2022 | $2.89 | 1,221,605 | $2.88 | $2.96 | $2.84 |
| 08/02/2022 | $2.86 | 998,837 | $2.82 | $2.94 | $2.79 |
| 08/01/2022 | $2.81 | 920,688 | $2.85 | $2.875 | $2.75 |
| 07/29/2022 | $2.87 | 909,745 | $2.89 | $2.92 | $2.78 |
| 07/28/2022 | $2.89 | 1,375,757 | $2.80 | $2.89 | $2.73 |

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 07/27/2022 | $2.77 | 1,291,622 | $2.68 | $2.79 | $2.62 |
| 07/26/2022 | $2.61 | 900,920 | $2.72 | $2.724 | $2.55 |
| 07/25/2022 | $2.76 | 851,321 | $2.75 | $2.80 | $2.59 |
| 07/22/2022 | $2.67 | 1,164,271 | $2.86 | $2.935 | $2.67 |
| 07/21/2022 | $2.93 | 1,491,030 | $2.86 | $3.03 | $2.775 |
| 07/20/2022 | $2.81 | 1,857,069 | $2.70 | $2.92 | $2.6819 |
| 07/19/2022 | $2.71 | 1,074,855 | $2.69 | $2.72 | $2.595 |
| 07/18/2022 | $2.56 | 1,890,088 | $2.68 | $2.75 | $2.545 |
| 07/15/2022 | $2.54 | 1,102,426 | $2.53 | $2.56 | $2.39 |
| 07/14/2022 | $2.49 | 828,825 | $2.44 | $2.52 | $2.37 |
| 07/13/2022 | $2.45 | 1,136,592 | $2.45 | $2.49 | $2.37 |
| 07/12/2022 | $2.51 | 724,021 | $2.52 | $2.56 | $2.41 |
| 07/11/2022 | $2.515 | 901,333 | $2.66 | $2.70 | $2.48 |
| 07/08/2022 | $2.76 | 1,177,735 | $2.66 | $2.89 | $2.645 |
| 07/07/2022 | $2.66 | 991,111 | $2.57 | $2.67 | $2.52 |
| 07/06/2022 | $2.53 | 683,648 | $2.56 | $2.61 | $2.49 |
| 07/05/2022 | $2.58 | 2,195,394 | $2.40 | $2.58 | $2.26 |
| 07/01/2022 | $2.40 | 1,292,420 | $2.39 | $2.475 | $2.29 |

‹    1    ⋯    10    11    **12**    13    14    ⋯    35    ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX |
|---|---|---|---|---|---|

DOWNLOAD DATA

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 06/30/2022 | $2.36 | 1,850,047 | $2.47 | $2.49 | $2.31 |
| 06/29/2022 | $2.53 | 2,536,870 | $2.65 | $2.68 | $2.43 |
| 06/28/2022 | $2.65 | 521,749 | $2.92 | $2.95 | $2.65 |
| 06/27/2022 | $2.87 | 761,149 | $2.79 | $2.92 | $2.74 |
| 06/24/2022 | $2.83 | 1,343,535 | $2.75 | $2.88 | $2.69 |
| 06/23/2022 | $2.75 | 1,706,818 | $2.72 | $2.75 | $2.53 |
| 06/22/2022 | $2.64 | 1,430,906 | $2.73 | $2.78 | $2.59 |
| 06/21/2022 | $2.73 | 1,636,643 | $2.69 | $2.86 | $2.58 |
| 06/17/2022 | $2.69 | 2,695,563 | $2.35 | $2.71 | $2.34 |
| 06/16/2022 | $2.28 | 1,896,631 | $2.40 | $2.46 | $2.26 |
| 06/15/2022 | $2.45 | 1,681,962 | $2.47 | $2.51 | $2.40 |
| 06/14/2022 | $2.43 | 1,635,333 | $2.75 | $2.75 | $2.40 |
| 06/13/2022 | $2.56 | 3,410,354 | $2.50 | $2.655 | $2.41 |
| 06/10/2022 | $2.66 | 1,926,360 | $2.74 | $2.8587 | $2.58 |
| 06/09/2022 | $2.80 | 2,074,125 | $3.29 | $3.30 | $2.79 |
| 06/08/2022 | $3.37 | 1,343,100 | $3.11 | $3.37 | $2.98 |
| 06/07/2022 | $3.05 | 1,721,252 | $2.87 | $3.20 | $2.86 |
| 06/06/2022 | $2.86 | 1,174,276 | $2.97 | $3.04 | $2.77 |

‹ 1 ⋯ 11 12 **13** 14 15 ⋯ 35 ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 06/03/2022 | $2.85 | 1,186,361 | $2.94 | $2.985 | $2.765 |
| 06/02/2022 | $2.99 | 2,703,766 | $2.73 | $3.1299 | $2.68 |
| 06/01/2022 | $2.66 | 1,937,230 | $2.65 | $2.75 | $2.60 |
| 05/31/2022 | $2.65 | 2,073,851 | $2.84 | $2.86 | $2.62 |
| 05/27/2022 | $2.79 | 2,373,078 | $2.7696 | $2.8801 | $2.64 |
| 05/26/2022 | $2.72 | 1,249,503 | $2.69 | $2.83 | $2.605 |
| 05/25/2022 | $2.68 | 974,674 | $2.66 | $2.79 | $2.61 |
| 05/24/2022 | $2.65 | 1,458,769 | $2.96 | $2.96 | $2.60 |
| 05/23/2022 | $3.09 | 822,167 | $3.10 | $3.17 | $2.925 |
| 05/20/2022 | $3.11 | 881,660 | $3.27 | $3.2797 | $2.96 |
| 05/19/2022 | $3.21 | 819,497 | $3.03 | $3.26 | $2.96 |
| 05/18/2022 | $2.96 | 788,022 | $3.09 | $3.15 | $2.92 |
| 05/17/2022 | $3.11 | 971,465 | $2.92 | $3.11 | $2.81 |
| 05/16/2022 | $2.80 | 1,585,820 | $2.90 | $3.045 | $2.67 |
| 05/13/2022 | $2.87 | 1,696,820 | $2.90 | $3.14 | $2.81 |
| 05/12/2022 | $2.71 | 1,739,462 | $2.29 | $2.8551 | $2.29 |
| 05/11/2022 | $2.29 | 1,945,418 | $2.80 | $2.85 | $2.25 |
| 05/10/2022 | $2.85 | 643,718 | $2.81 | $2.985 | $2.76 |

‹    1    …    12    13    **14**    15    16    …    35    ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX | | DOWNLOAD DATA ⬇ |
|---|---|---|---|---|---|---|---|

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 05/09/2022 | $2.75 | 1,535,922 | $2.89 | $2.92 | $2.62 |
| 05/06/2022 | $2.95 | 863,386 | $3.17 | $3.17 | $2.93 |
| 05/05/2022 | $3.135 | 1,022,207 | $3.40 | $3.41 | $3.11 |
| 05/04/2022 | $3.47 | 835,163 | $3.55 | $3.57 | $3.25 |
| 05/03/2022 | $3.59 | 878,651 | $3.44 | $3.60 | $3.305 |
| 05/02/2022 | $3.44 | 564,078 | $3.24 | $3.44 | $3.14 |
| 04/29/2022 | $3.24 | 679,475 | $3.28 | $3.44 | $3.16 |
| 04/28/2022 | $3.30 | 1,054,167 | $3.18 | $3.30 | $2.92 |
| 04/27/2022 | $3.10 | 509,906 | $3.23 | $3.2427 | $3.09 |
| 04/26/2022 | $3.17 | 1,172,476 | $3.44 | $3.46 | $3.13 |
| 04/25/2022 | $3.49 | 834,442 | $3.28 | $3.49 | $3.2005 |
| 04/22/2022 | $3.41 | 680,312 | $3.31 | $3.45 | $3.27 |
| 04/21/2022 | $3.31 | 1,069,769 | $3.55 | $3.55 | $3.23 |
| 04/20/2022 | $3.39 | 1,155,672 | $3.70 | $3.71 | $3.39 |
| 04/19/2022 | $3.71 | 1,089,670 | $3.51 | $3.73 | $3.46 |
| 04/18/2022 | $3.54 | 1,155,814 | $3.72 | $3.72 | $3.50 |
| 04/14/2022 | $3.70 | 1,304,722 | $3.89 | $3.9195 | $3.605 |
| 04/13/2022 | $3.94 | 1,160,434 | $3.65 | $3.99 | $3.53 |

‹  1  …  13  14  **15**  16  17  …  35  ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 04/12/2022 | $3.68 | 1,498,299 | $3.93 | $3.93 | $3.51 |
| 04/11/2022 | $3.83 | 1,614,477 | $3.87 | $3.93 | $3.64 |
| 04/08/2022 | $4.04 | 2,174,699 | $4.13 | $4.62 | $4.00 |
| 04/07/2022 | $4.14 | 2,817,681 | $4.85 | $4.88 | $3.88 |
| 04/06/2022 | $4.90 | 2,846,652 | $4.88 | $5.00 | $4.54 |
| 04/05/2022 | $5.14 | 8,326,820 | $5.215 | $5.52 | $4.84 |
| 04/04/2022 | $4.86 | 5,521,459 | $4.03 | $5.14 | $4.01 |
| 04/01/2022 | $3.90 | 1,565,910 | $4.00 | $4.01 | $3.8212 |
| 03/31/2022 | $3.98 | 2,227,623 | $3.83 | $4.015 | $3.605 |
| 03/30/2022 | $3.78 | 9,855,798 | $4.00 | $4.12 | $3.59 |
| 03/29/2022 | $3.88 | 2,970,199 | $4.06 | $4.281 | $3.86 |
| 03/28/2022 | $4.00 | 2,498,023 | $4.28 | $4.40 | $3.87 |
| 03/25/2022 | $4.28 | 2,785,196 | $4.02 | $4.42 | $3.88 |
| 03/24/2022 | $4.04 | 9,300,117 | $3.59 | $4.50 | $3.59 |
| 03/23/2022 | $3.43 | 1,108,430 | $3.46 | $3.62 | $3.3601 |
| 03/22/2022 | $3.51 | 1,556,050 | $3.31 | $3.66 | $3.30 |
| 03/21/2022 | $3.34 | 2,499,601 | $2.975 | $3.41 | $2.95 |
| 03/18/2022 | $2.89 | 2,732,915 | $3.20 | $3.38 | $2.87 |

<    1    ...    14    15    **16**    17    18    ...    35    >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M   6M   YTD   1Y   **5Y**   MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 03/17/2022 | $3.19 | 2,114,874 | $2.95 | $3.34 | $2.87 |
| 03/16/2022 | $2.94 | 2,999,030 | $2.65 | $3.045 | $2.65 |
| 03/15/2022 | $2.59 | 4,305,896 | $2.50 | $2.74 | $2.16 |
| 03/14/2022 | $2.44 | 9,652,806 | $3.69 | $3.69 | $2.34 |
| 03/11/2022 | $3.69 | 960,567 | $4.11 | $4.11 | $3.68 |
| 03/10/2022 | $3.96 | 1,655,141 | $4.27 | $4.33 | $3.85 |
| 03/09/2022 | $4.29 | 4,655,599 | $4.05 | $5.10 | $4.00 |
| 03/08/2022 | $3.95 | 2,250,926 | $3.21 | $3.96 | $3.16 |
| 03/07/2022 | $3.16 | 2,098,432 | $3.05 | $3.45 | $2.9618 |
| 03/04/2022 | $3.06 | 1,470,464 | $3.18 | $3.195 | $3.00 |
| 03/03/2022 | $3.14 | 1,681,201 | $3.55 | $3.56 | $3.13 |
| 03/02/2022 | $3.48 | 1,416,058 | $3.70 | $3.71 | $3.47 |
| 03/01/2022 | $3.47 | 1,181,369 | $3.60 | $3.73 | $3.45 |
| 02/28/2022 | $3.42 | 1,434,136 | $3.50 | $3.56 | $3.385 |
| 02/25/2022 | $3.51 | 1,020,815 | $3.60 | $3.65 | $3.42 |
| 02/24/2022 | $3.54 | 1,267,869 | $3.43 | $3.65 | $3.36 |
| 02/23/2022 | $3.61 | 1,079,932 | $3.92 | $3.99 | $3.585 |
| 02/22/2022 | $3.86 | 602,280 | $3.97 | $3.99 | $3.85 |

‹   1   …   15   16   **17**   18   19   …   35   ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 02/18/2022 | $3.97 | 802,807 | $4.14 | $4.17 | $3.90 |
| 02/17/2022 | $4.11 | 884,218 | $4.23 | $4.23 | $4.06 |
| 02/16/2022 | $4.24 | 1,071,451 | $4.68 | $4.68 | $4.23 |
| 02/15/2022 | $4.43 | 1,358,448 | $4.47 | $4.68 | $4.40 |
| 02/14/2022 | $4.33 | 853,417 | $4.77 | $4.81 | $4.31 |
| 02/11/2022 | $4.75 | 962,800 | $5.14 | $5.29 | $4.7192 |
| 02/10/2022 | $5.11 | 902,937 | $5.006 | $5.40 | $4.98 |
| 02/09/2022 | $5.24 | 741,230 | $5.075 | $5.34 | $4.92 |
| 02/08/2022 | $4.95 | 857,571 | $4.85 | $4.98 | $4.77 |
| 02/07/2022 | $4.95 | 574,193 | $5.2787 | $5.2787 | $4.92 |
| 02/04/2022 | $5.05 | 402,614 | $4.95 | $5.125 | $4.85 |
| 02/03/2022 | $4.93 | 677,433 | $5.16 | $5.23 | $4.87 |
| 02/02/2022 | $5.30 | 423,378 | $5.39 | $5.40 | $5.02 |
| 02/01/2022 | $5.21 | 455,755 | $5.27 | $5.28 | $5.0084 |
| 01/31/2022 | $5.08 | 560,661 | $4.84 | $5.18 | $4.74 |
| 01/28/2022 | $4.74 | 1,068,612 | $4.75 | $4.78 | $4.38 |
| 01/27/2022 | $4.75 | 575,737 | $5.05 | $5.19 | $4.70 |
| 01/26/2022 | $5.01 | 513,476 | $5.35 | $5.40 | $4.97 |

‹   1   ⋯   16   17   **18**   19   20   ⋯   35   ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ↓

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 01/25/2022 | $5.16 | 684,924 | $5.01 | $5.28 | $4.71 |
| 01/24/2022 | $5.05 | 1,042,726 | $4.98 | $5.12 | $4.63 |
| 01/21/2022 | $5.12 | 890,051 | $5.55 | $5.57 | $5.08 |
| 01/20/2022 | $5.68 | 593,735 | $5.84 | $5.89 | $5.59 |
| 01/19/2022 | $5.71 | 454,035 | $5.99 | $6.06 | $5.65 |
| 01/18/2022 | $5.91 | 708,149 | $6.31 | $6.3486 | $5.91 |
| 01/14/2022 | $6.35 | 353,349 | $6.26 | $6.47 | $6.20 |
| 01/13/2022 | $6.35 | 476,222 | $6.59 | $6.645 | $6.25 |
| 01/12/2022 | $6.62 | 357,174 | $7.0356 | $7.0356 | $6.50 |
| 01/11/2022 | $6.76 | 474,367 | $6.45 | $6.95 | $6.44 |
| 01/10/2022 | $6.40 | 604,643 | $6.80 | $6.80 | $6.21 |
| 01/07/2022 | $6.83 | 588,881 | $6.99 | $6.99 | $6.57 |
| 01/06/2022 | $6.86 | 1,047,438 | $7.29 | $7.35 | $6.7863 |
| 01/05/2022 | $7.29 | 403,925 | $7.90 | $7.95 | $7.25 |
| 01/04/2022 | $7.91 | 762,409 | $7.824 | $8.18 | $7.565 |
| 01/03/2022 | $7.66 | 1,026,669 | $7.12 | $7.86 | $7.00 |
| 12/31/2021 | $6.93 | 530,743 | $7.07 | $7.20 | $6.90 |
| 12/30/2021 | $7.05 | 1,059,246 | $7.25 | $7.38 | $7.01 |

<   1   …   17   18   **19**   20   21   …   35   >

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX |

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
| --- | --- | --- | --- | --- | --- |
| 12/29/2021 | $7.22 | 363,674 | $7.45 | $7.45 | $7.15 |
| 12/28/2021 | $7.45 | 430,511 | $7.60 | $7.75 | $7.37 |
| 12/27/2021 | $7.59 | 659,612 | $7.96 | $7.98 | $7.55 |
| 12/23/2021 | $7.83 | 1,249,848 | $8.64 | $8.68 | $7.65 |
| 12/22/2021 | $8.92 | 1,319,932 | $7.80 | $9.07 | $7.72 |
| 12/21/2021 | $7.78 | 737,565 | $7.28 | $7.97 | $7.16 |
| 12/20/2021 | $7.31 | 464,377 | $6.83 | $7.42 | $6.82 |
| 12/17/2021 | $7.26 | 596,010 | $6.80 | $7.46 | $6.52 |
| 12/16/2021 | $6.85 | 594,689 | $7.265 | $7.37 | $6.77 |
| 12/15/2021 | $7.19 | 530,516 | $7.00 | $7.37 | $6.70 |
| 12/14/2021 | $7.05 | 226,479 | $6.79 | $7.13 | $6.75 |
| 12/13/2021 | $6.89 | 465,258 | $6.96 | $7.07 | $6.76 |
| 12/10/2021 | $7.03 | 773,485 | $7.60 | $7.69 | $6.9527 |
| 12/09/2021 | $7.50 | 352,617 | $7.10 | $7.54 | $7.00 |
| 12/08/2021 | $7.20 | 748,746 | $6.98 | $7.4699 | $6.9679 |
| 12/07/2021 | $7.01 | 636,401 | $7.01 | $7.14 | $6.95 |
| 12/06/2021 | $6.90 | 698,052 | $6.97 | $7.04 | $6.65 |
| 12/03/2021 | $7.04 | 765,325 | $7.15 | $7.2098 | $6.7501 |

< 1 ... 18 19 **20** 21 22 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ↓

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 12/02/2021 | $7.10 | 613,922 | $6.90 | $7.33 | $6.688 |
| 12/01/2021 | $6.68 | 691,466 | $7.36 | $7.3865 | $6.60 |
| 11/30/2021 | $7.12 | 729,947 | $7.27 | $7.50 | $7.05 |
| 11/29/2021 | $7.22 | 1,249,942 | $8.08 | $8.16 | $7.20 |
| 11/26/2021 | $7.87 | 469,463 | $7.97 | $7.97 | $7.64 |
| 11/24/2021 | $8.02 | 454,208 | $7.90 | $8.195 | $7.76 |
| 11/23/2021 | $7.96 | 1,047,158 | $8.32 | $8.35 | $7.67 |
| 11/22/2021 | $8.04 | 1,143,121 | $8.59 | $8.68 | $7.95 |
| 11/19/2021 | $8.52 | 1,089,558 | $8.75 | $8.86 | $8.22 |
| 11/18/2021 | $8.77 | 1,010,628 | $9.16 | $9.23 | $8.61 |
| 11/17/2021 | $9.17 | 802,049 | $9.5487 | $9.60 | $9.1101 |
| 11/16/2021 | $9.47 | 768,081 | $9.75 | $9.75 | $9.36 |
| 11/15/2021 | $9.75 | 775,395 | $9.60 | $9.75 | $9.45 |
| 11/12/2021 | $9.40 | 965,388 | $9.59 | $9.68 | $9.36 |
| 11/11/2021 | $9.60 | 600,923 | $9.58 | $9.75 | $9.31 |
| 11/10/2021 | $9.67 | 1,208,484 | $9.70 | $9.95 | $9.20 |
| 11/09/2021 | $9.72 | 1,296,495 | $9.59 | $9.80 | $9.32 |
| 11/08/2021 | $9.42 | 1,533,018 | $9.48 | $9.56 | $9.32 |

< 1 ... 19 20 **21** 22 23 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M   6M   YTD   1Y   **5Y**   MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 11/05/2021 | $9.20 | 769,170 | $9.40 | $9.4572 | $9.15 |
| 11/04/2021 | $9.42 | 761,090 | $9.39 | $9.52 | $9.35 |
| 11/03/2021 | $9.40 | 634,248 | $9.50 | $9.50 | $9.21 |
| 11/02/2021 | $9.52 | 1,368,680 | $9.78 | $9.80 | $9.03 |
| 11/01/2021 | $9.61 | 1,313,927 | $9.28 | $9.65 | $9.01 |
| 10/29/2021 | $9.03 | 1,497,032 | $9.05 | $9.34 | $8.80 |
| 10/28/2021 | $8.95 | 2,889,930 | $8.42 | $9.00 | $8.31 |
| 10/27/2021 | $8.16 | 4,358,539 | $9.03 | $9.03 | $8.10 |
| 10/26/2021 | $9.09 | 721,350 | $9.15 | $9.38 | $8.9441 |
| 10/25/2021 | $9.10 | 1,136,629 | $9.11 | $9.23 | $8.8634 |
| 10/22/2021 | $9.00 | 848,833 | $8.93 | $9.10 | $8.7101 |
| 10/21/2021 | $8.85 | 736,419 | $9.04 | $9.10 | $8.80 |
| 10/20/2021 | $8.99 | 919,265 | $9.38 | $9.40 | $8.93 |
| 10/19/2021 | $9.24 | 1,182,311 | $8.94 | $9.32 | $8.80 |
| 10/18/2021 | $9.10 | 1,036,451 | $8.80 | $9.14 | $8.71 |
| 10/15/2021 | $8.71 | 999,265 | $9.05 | $9.21 | $8.60 |
| 10/14/2021 | $8.89 | 1,039,458 | $9.49 | $9.6299 | $8.85 |
| 10/13/2021 | $9.21 | 796,589 | $10.10 | $10.16 | $9.12 |

< 1 ⋯ 20 21 **22** 23 24 ⋯ 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 10/12/2021 | $9.80 | 413,053 | $9.60 | $9.96 | $9.26 |
| 10/11/2021 | $9.74 | 593,795 | $10.39 | $10.47 | $9.62 |
| 10/08/2021 | $10.20 | 1,592,920 | $9.25 | $10.25 | $9.0678 |
| 10/07/2021 | $8.97 | 1,278,876 | $9.15 | $9.48 | $8.8324 |
| 10/06/2021 | $8.68 | 1,385,013 | $8.45 | $8.83 | $7.945 |
| 10/05/2021 | $8.53 | 1,383,571 | $9.241 | $9.49 | $8.40 |
| 10/04/2021 | $8.91 | 1,538,847 | $10.02 | $10.10 | $8.90 |
| 10/01/2021 | $10.01 | 1,699,781 | $10.60 | $10.60 | $9.76 |
| 09/30/2021 | $10.51 | 2,865,960 | $10.42 | $10.57 | $9.80 |
| 09/29/2021 | $10.35 | 2,235,676 | $10.94 | $10.98 | $10.10 |
| 09/28/2021 | $10.81 | 1,769,306 | $11.15 | $11.35 | $10.50 |
| 09/27/2021 | $10.61 | 930,450 | $10.88 | $10.95 | $10.31 |
| 09/24/2021 | $10.71 | 1,845,263 | $10.56 | $11.20 | $10.31 |
| 09/23/2021 | $10.50 | 1,598,665 | $10.75 | $10.75 | $10.26 |
| 09/22/2021 | $10.65 | 2,289,182 | $11.15 | $11.66 | $10.24 |
| 09/21/2021 | $10.85 | 1,719,923 | $10.82 | $11.44 | $10.135 |
| 09/20/2021 | $10.45 | 1,201,513 | $10.59 | $10.75 | $10.00 |
| 09/17/2021 | $10.78 | 4,320,242 | $11.0871 | $11.6414 | $10.12 |

< 1 ... 21 22 **23** 24 25 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 09/16/2021 | $10.76 | 4,261,841 | $10.20 | $10.89 | $9.51 |
| 09/15/2021 | $9.31 | 1,896,805 | $9.08 | $9.70 | $8.84 |
| 09/14/2021 | $9.41 | 749,067 | $9.60 | $9.70 | $9.14 |
| 09/13/2021 | $9.38 | 1,119,003 | $9.95 | $10.00 | $9.00 |
| 09/10/2021 | $9.99 | 1,378,016 | $10.25 | $10.47 | $9.90 |
| 09/09/2021 | $10.14 | 3,280,159 | $9.98 | $10.53 | $9.98 |
| 09/08/2021 | $9.99 | 1,036,765 | $10.00 | $10.03 | $9.80 |
| 09/07/2021 | $9.99 | 1,539,984 | $10.00 | $10.00 | $9.75 |
| 09/03/2021 | $9.99 | 1,322,808 | $10.00 | $10.00 | $9.98 |
| 09/02/2021 | $9.99 | 253,645 | $9.99 | $9.99 | $9.98 |
| 09/01/2021 | $9.99 | 297,936 | $9.99 | $9.99 | $9.98 |
| 08/31/2021 | $9.98 | 861,057 | $9.99 | $9.99 | $9.97 |
| 08/30/2021 | $9.98 | 1,089,865 | $9.99 | $10.00 | $9.97 |
| 08/27/2021 | $9.98 | 1,067,509 | $9.98 | $10.00 | $9.97 |
| 08/26/2021 | $9.97 | 303,612 | $9.97 | $9.98 | $9.96 |
| 08/25/2021 | $9.96 | 133,498 | $9.98 | $9.98 | $9.96 |
| 08/24/2021 | $9.97 | 227,525 | $9.96 | $9.98 | $9.95 |
| 08/23/2021 | $9.97 | 638,014 | $9.96 | $9.98 | $9.95 |

< 1 ... 22 23 **24** 25 26 ... 35 >

< BACK TO LILM OVERVIEW

LILM  >  LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 08/20/2021 | $9.96 | 288,309 | $9.94 | $9.97 | $9.94 |
| 08/19/2021 | $9.95 | 317,834 | $9.95 | $9.965 | $9.95 |
| 08/18/2021 | $9.95 | 158,023 | $9.96 | $9.97 | $9.95 |
| 08/17/2021 | $9.97 | 353,804 | $9.95 | $9.97 | $9.95 |
| 08/16/2021 | $9.96 | 285,068 | $9.97 | $9.97 | $9.96 |
| 08/13/2021 | $9.97 | 107,420 | $9.97 | $9.98 | $9.96 |
| 08/12/2021 | $9.97 | 227,974 | $9.98 | $9.98 | $9.96 |
| 08/11/2021 | $9.98 | 369,731 | $9.96 | $9.98 | $9.96 |
| 08/10/2021 | $9.96 | 192,852 | $9.97 | $9.97 | $9.95 |
| 08/09/2021 | $9.94 | 549,536 | $9.935 | $9.98 | $9.935 |
| 08/06/2021 | $9.95 | 288,871 | $9.958 | $9.98 | $9.95 |
| 08/05/2021 | $9.95 | 170,119 | $9.96 | $9.9633 | $9.94 |
| 08/04/2021 | $9.95 | 534,242 | $9.93 | $9.97 | $9.92 |
| 08/03/2021 | $9.945 | 339,135 | $9.97 | $9.97 | $9.94 |
| 08/02/2021 | $9.95 | 302,559 | $9.96 | $9.97 | $9.92 |
| 07/30/2021 | $9.92 | 427,075 | $9.94 | $9.94 | $9.91 |
| 07/29/2021 | $9.92 | 1,020,217 | $9.94 | $9.95 | $9.91 |
| 07/28/2021 | $9.91 | 719,317 | $9.95 | $9.95 | $9.91 |

‹    1    …    23    24    **25**    26    27    …    35    ›

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M     6M     YTD     1Y     5Y     MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 07/27/2021 | $9.94 | 2,273,216 | $9.94 | $9.95 | $9.91 |
| 07/26/2021 | $9.96 | 197,124 | $9.965 | $9.9699 | $9.94 |
| 07/23/2021 | $9.95 | 59,364 | $9.93 | $9.95 | $9.93 |
| 07/22/2021 | $9.95 | 150,640 | $9.98 | $9.98 | $9.92 |
| 07/21/2021 | $9.97 | 223,866 | $9.98 | $9.98 | $9.96 |
| 07/20/2021 | $9.96 | 184,819 | $9.93 | $9.96 | $9.92 |
| 07/19/2021 | $9.93 | 250,248 | $9.96 | $9.9715 | $9.92 |
| 07/16/2021 | $9.97 | 388,457 | $9.92 | $10.00 | $9.92 |
| 07/15/2021 | $9.94 | 147,226 | $9.92 | $9.95 | $9.92 |
| 07/14/2021 | $9.95 | 410,977 | $9.93 | $9.96 | $9.92 |
| 07/13/2021 | $9.945 | 708,124 | $9.94 | $9.96 | $9.94 |
| 07/12/2021 | $9.95 | 85,591 | $9.95 | $9.95 | $9.94 |
| 07/09/2021 | $9.95 | 120,086 | $9.94 | $9.95 | $9.93 |
| 07/08/2021 | $9.94 | 316,990 | $9.94 | $9.95 | $9.92 |
| 07/07/2021 | $9.95 | 197,512 | $9.98 | $9.98 | $9.94 |
| 07/06/2021 | $9.98 | 346,552 | $9.97 | $9.98 | $9.94 |
| 07/02/2021 | $9.96 | 136,229 | $9.94 | $9.97 | $9.94 |
| 07/01/2021 | $9.96 | 355,149 | $9.96 | $9.96 | $9.94 |

‹   1   ...   24   25   26   27   28   ...   35   ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX | | DOWNLOAD DATA |

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 06/30/2021 | $9.95 | 281,333 | $9.95 | $9.96 | $9.94 |
| 06/29/2021 | $9.95 | 476,906 | $9.95 | $9.96 | $9.94 |
| 06/28/2021 | $9.95 | 118,626 | $9.95 | $9.96 | $9.93 |
| 06/25/2021 | $9.94 | 121,540 | $9.95 | $9.97 | $9.93 |
| 06/24/2021 | $9.95 | 309,171 | $9.97 | $9.98 | $9.92 |
| 06/23/2021 | $9.93 | 108,689 | $9.95 | $9.98 | $9.93 |
| 06/22/2021 | $9.93 | 183,677 | $9.97 | $9.97 | $9.92 |
| 06/21/2021 | $9.93 | 268,157 | $9.94 | $9.98 | $9.92 |
| 06/18/2021 | $9.94 | 189,369 | $9.96 | $9.98 | $9.92 |
| 06/17/2021 | $9.96 | 121,978 | $9.96 | $9.98 | $9.93 |
| 06/16/2021 | $9.93 | 184,243 | $9.97 | $9.98 | $9.91 |
| 06/15/2021 | $9.92 | 357,011 | $10.00 | $10.01 | $9.90 |
| 06/14/2021 | $9.97 | 278,801 | $9.97 | $9.98 | $9.95 |
| 06/11/2021 | $9.93 | 318,031 | $9.97 | $10.00 | $9.91 |
| 06/10/2021 | $9.95 | 340,208 | $9.95 | $9.99 | $9.94 |
| 06/09/2021 | $9.94 | 1,012,309 | $9.99 | $10.05 | $9.92 |
| 06/08/2021 | $9.92 | 601,654 | $9.92 | $9.95 | $9.91 |
| 06/07/2021 | $9.93 | 298,389 | $9.90 | $9.94 | $9.90 |

< 1 ... 25 26 27 28 29 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX          DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|------------|--------|------|------|-----|
| 06/04/2021 | $9.92 | 458,390 | $9.94 | $9.95 | $9.91 |
| 06/03/2021 | $9.92 | 201,265 | $9.89 | $9.93 | $9.89 |
| 06/02/2021 | $9.91 | 188,180 | $9.91 | $9.92 | $9.895 |
| 06/01/2021 | $9.92 | 180,020 | $9.93 | $9.94 | $9.89 |
| 05/28/2021 | $9.89 | 214,786 | $9.89 | $9.92 | $9.89 |
| 05/27/2021 | $9.89 | 132,963 | $9.90 | $9.91 | $9.89 |
| 05/26/2021 | $9.90 | 126,698 | $9.88 | $9.92 | $9.88 |
| 05/25/2021 | $9.90 | 137,499 | $9.92 | $9.92 | $9.895 |
| 05/24/2021 | $9.90 | 295,307 | $9.90 | $9.9176 | $9.89 |
| 05/21/2021 | $9.90 | 183,061 | $9.90 | $9.91 | $9.88 |
| 05/20/2021 | $9.875 | 120,853 | $9.85 | $9.90 | $9.85 |
| 05/19/2021 | $9.86 | 323,993 | $9.85 | $9.88 | $9.84 |
| 05/18/2021 | $9.87 | 252,197 | $9.86 | $9.91 | $9.855 |
| 05/17/2021 | $9.86 | 325,017 | $9.84 | $9.88 | $9.83 |
| 05/14/2021 | $9.87 | 889,498 | $9.88 | $9.89 | $9.85 |
| 05/13/2021 | $9.87 | 379,203 | $9.85 | $9.89 | $9.83 |
| 05/12/2021 | $9.865 | 335,420 | $9.85 | $9.8801 | $9.85 |
| 05/11/2021 | $9.85 | 574,002 | $9.80 | $9.90 | $9.7883 |

< 1 ... 26 27 **28** 29 30 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | **5Y** | MAX | | DOWNLOAD DATA ⬇ |

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 05/10/2021 | $9.89 | 1,604,951 | $9.94 | $9.97 | $9.88 |
| 05/07/2021 | $9.90 | 337,947 | $9.94 | $9.97 | $9.88 |
| 05/06/2021 | $9.90 | 423,976 | $9.90 | $9.95 | $9.88 |
| 05/05/2021 | $9.90 | 170,005 | $9.89 | $9.92 | $9.89 |
| 05/04/2021 | $9.89 | 588,052 | $9.92 | $9.92 | $9.88 |
| 05/03/2021 | $9.90 | 338,164 | $9.95 | $9.95 | $9.90 |
| 04/30/2021 | $9.93 | 113,172 | $9.90 | $9.95 | $9.90 |
| 04/29/2021 | $9.91 | 192,352 | $9.93 | $9.94 | $9.90 |
| 04/28/2021 | $9.91 | 197,161 | $9.91 | $9.94 | $9.91 |
| 04/27/2021 | $9.92 | 541,165 | $9.95 | $9.95 | $9.89 |
| 04/26/2021 | $9.91 | 255,750 | $9.91 | $9.93 | $9.89 |
| 04/23/2021 | $9.90 | 438,860 | $9.89 | $9.925 | $9.88 |
| 04/22/2021 | $9.93 | 893,263 | $9.90 | $9.95 | $9.85 |
| 04/21/2021 | $9.91 | 732,259 | $9.92 | $9.93 | $9.88 |
| 04/20/2021 | $9.92 | 1,060,672 | $9.90 | $9.93 | $9.90 |
| 04/19/2021 | $9.87 | 3,115,573 | $9.965 | $9.97 | $9.84 |
| 04/16/2021 | $10.01 | 1,449,669 | $10.00 | $10.01 | $9.94 |
| 04/15/2021 | $10.00 | 1,545,948 | $10.07 | $10.09 | $9.98 |

< 1 ... 27 28 **29** 30 31 ... 35 >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 04/14/2021 | $10.08 | 450,697 | $10.05 | $10.10 | $10.05 |
| 04/13/2021 | $10.10 | 524,577 | $10.10 | $10.15 | $10.06 |
| 04/12/2021 | $10.15 | 765,634 | $10.13 | $10.17 | $10.13 |
| 04/09/2021 | $10.15 | 394,145 | $10.15 | $10.17 | $10.14 |
| 04/08/2021 | $10.15 | 540,975 | $10.15 | $10.18 | $10.10 |
| 04/07/2021 | $10.16 | 1,101,939 | $10.25 | $10.25 | $10.14 |
| 04/06/2021 | $10.20 | 715,821 | $10.24 | $10.25 | $10.19 |
| 04/05/2021 | $10.19 | 1,270,418 | $10.30 | $10.30 | $10.19 |
| 04/01/2021 | $10.19 | 1,320,720 | $10.27 | $10.29 | $10.16 |
| 03/31/2021 | $10.18 | 2,148,617 | $10.27 | $10.32 | $10.10 |
| 03/30/2021 | $10.14 | 8,245,908 | $10.23 | $10.23 | $10.095 |
| 03/29/2021 | $9.92 | 355,380 | $9.97 | $10.03 | $9.89 |
| 03/26/2021 | $9.98 | 600,104 | $9.97 | $10.05 | $9.85 |
| 03/25/2021 | $9.97 | 953,243 | $9.80 | $9.99 | $9.76 |
| 03/24/2021 | $9.99 | 885,377 | $10.07 | $10.12 | $9.92 |
| 03/23/2021 | $10.06 | 762,140 | $10.16 | $10.23 | $10.03 |
| 03/22/2021 | $10.18 | 407,633 | $10.20 | $10.25 | $10.14 |
| 03/19/2021 | $10.21 | 434,466 | $10.28 | $10.295 | $10.14 |

‹    1    ...    29    **30**    31    32    33    34    35    ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 03/18/2021 | $10.21 | 546,151 | $10.32 | $10.37 | $10.16 |
| 03/17/2021 | $10.40 | 358,224 | $10.36 | $10.47 | $10.28 |
| 03/16/2021 | $10.33 | 664,991 | $10.49 | $10.56 | $10.32 |
| 03/15/2021 | $10.42 | 634,958 | $10.67 | $10.69 | $10.41 |
| 03/12/2021 | $10.51 | 593,872 | $10.48 | $10.64 | $10.38 |
| 03/11/2021 | $10.59 | 1,559,490 | $10.40 | $10.67 | $10.34 |
| 03/10/2021 | $10.36 | 929,546 | $10.47 | $10.5418 | $10.32 |
| 03/09/2021 | $10.39 | 1,019,534 | $10.48 | $10.56 | $10.31 |
| 03/08/2021 | $10.38 | 958,534 | $10.60 | $10.66 | $10.24 |
| 03/05/2021 | $10.57 | 2,203,200 | $10.64 | $10.64 | $10.085 |
| 03/04/2021 | $10.58 | 4,357,114 | $10.554 | $10.62 | $10.09 |
| 03/03/2021 | $10.75 | 6,111,913 | $11.20 | $11.75 | $10.49 |
| 03/02/2021 | $11.36 | 847,263 | $11.76 | $11.83 | $11.27 |
| 03/01/2021 | $11.83 | 691,949 | $12.00 | $12.2987 | $11.76 |
| 02/26/2021 | $11.92 | 2,148,040 | $11.60 | $12.00 | $11.18 |
| 02/25/2021 | $11.60 | 2,168,128 | $11.95 | $12.27 | $11.37 |
| 02/24/2021 | $11.99 | 972,341 | $12.11 | $12.48 | $11.86 |
| 02/23/2021 | $12.11 | 1,731,385 | $12.55 | $12.58 | $11.51 |

‹   1   …   29   30   **31**   32   33   34   35   ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 02/22/2021 | $13.28 | 959,961 | $13.52 | $13.71 | $13.16 |
| 02/19/2021 | $13.69 | 1,042,665 | $13.26 | $13.80 | $13.15 |
| 02/18/2021 | $13.07 | 855,978 | $13.20 | $13.53 | $12.82 |
| 02/17/2021 | $13.49 | 738,074 | $13.40 | $13.64 | $12.94 |
| 02/16/2021 | $13.20 | 993,135 | $13.84 | $14.09 | $13.06 |
| 02/12/2021 | $13.41 | 630,194 | $13.72 | $13.76 | $13.27 |
| 02/11/2021 | $13.62 | 574,557 | $13.65 | $13.79 | $13.04 |
| 02/10/2021 | $13.61 | 626,944 | $13.71 | $13.77 | $13.21 |
| 02/09/2021 | $13.79 | 560,454 | $14.15 | $14.15 | $13.5835 |
| 02/08/2021 | $14.27 | 1,573,223 | $14.10 | $15.53 | $14.01 |
| 02/05/2021 | $13.97 | 1,490,634 | $13.50 | $14.14 | $13.03 |
| 02/04/2021 | $13.17 | 622,517 | $13.35 | $13.60 | $13.07 |
| 02/03/2021 | $13.43 | 634,181 | $13.50 | $14.00 | $13.28 |
| 02/02/2021 | $14.15 | 1,206,753 | $13.30 | $14.80 | $12.94 |
| 02/01/2021 | $13.25 | 1,125,264 | $12.87 | $13.25 | $12.50 |
| 01/29/2021 | $12.66 | 1,633,333 | $12.42 | $12.73 | $11.89 |
| 01/28/2021 | $12.73 | 1,440,016 | $12.40 | $12.88 | $12.06 |
| 01/27/2021 | $12.25 | 1,886,654 | $13.01 | $13.095 | $12.14 |

<    1    …    29    30    31    **32**    33    34    35    >

< BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

| 1M | 6M | YTD | 1Y | 5Y | MAX | | DOWNLOAD DATA ⬇ |
|----|----|-----|----|----|-----|--|------------------|

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 01/26/2021 | $13.64 | 1,052,096 | $13.50 | $14.10 | $13.1541 |
| 01/25/2021 | $13.66 | 1,043,335 | $14.44 | $14.475 | $13.30 |
| 01/22/2021 | $14.27 | 1,183,649 | $14.25 | $14.34 | $13.565 |
| 01/21/2021 | $14.35 | 787,401 | $13.80 | $14.40 | $13.50 |
| 01/20/2021 | $13.83 | 1,032,143 | $14.19 | $14.21 | $13.66 |
| 01/19/2021 | $14.19 | 3,159,114 | $13.35 | $15.07 | $12.9802 |
| 01/15/2021 | $13.36 | 1,067,988 | $13.65 | $13.96 | $12.93 |
| 01/14/2021 | $13.81 | 1,630,417 | $13.00 | $13.81 | $12.75 |
| 01/13/2021 | $13.10 | 5,407,784 | $11.77 | $13.90 | $11.70 |
| 01/12/2021 | $12.19 | 4,517,753 | $11.36 | $12.20 | $11.33 |
| 01/11/2021 | $12.30 | 1,225,770 | $12.45 | $12.53 | $12.10 |
| 01/08/2021 | $12.66 | 2,052,426 | $12.34 | $12.68 | $12.32 |
| 01/07/2021 | $12.69 | 737,177 | $12.48 | $12.75 | $12.21 |
| 01/06/2021 | $12.50 | 1,169,341 | $12.50 | $12.7216 | $12.30 |
| 01/05/2021 | $12.77 | 908,511 | $12.04 | $12.8773 | $12.04 |
| 01/04/2021 | $12.49 | 1,334,534 | $12.67 | $12.75 | $12.19 |
| 12/31/2020 | $12.29 | 933,133 | $12.31 | $12.3722 | $11.97 |
| 12/30/2020 | $12.42 | 540,962 | $12.50 | $12.70 | $12.3185 |

‹   1   …   29   30   31   32   33   34   35   ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX

DOWNLOAD DATA ⬇

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 12/29/2020 | $12.38 | 1,238,837 | $12.54 | $12.8386 | $11.90 |
| 12/28/2020 | $13.05 | 1,656,023 | $13.50 | $13.82 | $12.85 |
| 12/24/2020 | $13.15 | 1,357,581 | $12.99 | $13.69 | $12.90 |
| 12/23/2020 | $12.88 | 1,326,358 | $12.50 | $12.89 | $12.50 |
| 12/22/2020 | $12.48 | 1,072,825 | $12.70 | $12.81 | $12.30 |
| 12/21/2020 | $12.45 | 894,967 | $12.20 | $12.45 | $11.87 |
| 12/18/2020 | $12.23 | 789,940 | $11.80 | $12.5415 | $11.80 |
| 12/17/2020 | $11.92 | 581,392 | $11.80 | $12.15 | $11.75 |
| 12/16/2020 | $11.95 | 1,100,071 | $11.78 | $12.0495 | $11.54 |
| 12/15/2020 | $11.80 | 2,140,440 | $12.3255 | $12.3255 | $11.46 |
| 12/14/2020 | $12.62 | 2,181,928 | $13.44 | $13.68 | $12.40 |
| 12/11/2020 | $12.93 | 4,941,343 | $12.70 | $14.00 | $11.91 |
| 12/10/2020 | $11.40 | 893,222 | $11.60 | $11.75 | $11.30 |
| 12/09/2020 | $11.47 | 2,061,535 | $11.25 | $12.02 | $11.20 |
| 12/08/2020 | $11.20 | 1,108,605 | $11.63 | $11.80 | $11.15 |
| 12/07/2020 | $11.52 | 1,585,257 | $11.48 | $11.63 | $11.11 |
| 12/04/2020 | $11.08 | 1,260,525 | $10.79 | $11.18 | $10.69 |
| 12/03/2020 | $10.89 | 524,740 | $10.91 | $11.05 | $10.81 |

‹    1    ...    29    30    31    32    33    **34**    35    ›

‹ BACK TO LILM OVERVIEW

LILM > LILM HISTORICAL DATA

# LILM Historical Data

1M    6M    YTD    1Y    **5Y**    MAX                    DOWNLOAD DATA ↓

| Date | Close/Last | Volume | Open | High | Low |
|------|-----------|--------|------|------|-----|
| 12/02/2020 | $10.97 | 768,896 | $10.55 | $11.02 | $10.55 |
| 12/01/2020 | $11.00 | 747,618 | $11.30 | $11.35 | $10.80 |
| 11/30/2020 | $11.31 | 2,235,078 | $11.59 | $12.00 | $10.70 |
| 11/27/2020 | $11.00 | 881,425 | $11.20 | $11.40 | $10.80 |
| 11/25/2020 | $10.65 | 564,537 | $10.84 | $10.95 | $10.55 |
| 11/24/2020 | $10.60 | 452,744 | $11.47 | $11.6016 | $10.55 |
| 11/23/2020 | $10.54 | 506,501 | $10.53 | $10.93 | $10.16 |

<    1    ...    29    30    31    32    33    34    **35**    >

< BACK TO LILM OVERVIEW