# EXHIBIT 8



# LILIUM

## Analyst Presentation

15 June 2021

# Legal disclaimer

In connection with the proposed business combination and related transactions (the "Proposed Transaction"), Lilium GmbH ("Lilium" or the "Company"), Qell Acquisition Corp. ("Qell") and Lilium B.V. (which will convert into Lilium N.V., a public company under Dutch law, before completion of the Proposed Transaction), the holding company that will acquire Lilium and Qell ("New Lilium") (collectively referred to herein as the "Lilium Group"), New Lilium has filed a registration statement on Form F-4 (the "Registration Statement") with the U.S. Securities and Exchange Commission (the "SEC"). The Registration Statement includes preliminary proxy materials that will be distributed to Qell's shareholders in connection with its solicitation for voting proxies in respect of the proposed business combination and other matters described in the Registration Statement, as well as a prospectus relating to the offer of New Lilium's securities to be issued in the Proposed Transaction. Investors, shareholders and other interested parties are advised to read the Registration Statement (and all amendments thereto) as well as other documents filed with the SEC in connection with the Proposed Transaction, because these documents will contain important information about the Lilium Group and the Proposed Transaction. The definitive proxy statement/prospectus will be mailed to Qell's stockholders as of the record date established for voting on the proposed business combination. Interested parties will also be able to obtain copies of such documents, without charge, at the SEC's website located at www.sec.gov or by directing a request to Colleen Robar, Qell Acquisition Corp., 505 Montgomery Street, Suite 1100, San Francisco, CA 94111 or by telephone at +1 313-207-5960.

**No Representations or Warranties**

No representations or warranties, express or implied, are given in, or in respect of, this presentation. To the fullest extent permitted by law, in no circumstances will the Lilium Group or any of their respective subsidiaries, shareholders, affiliates, representatives, partners, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. Industry and market data used in this presentation have been obtained from third-party industry publications and sources, as well as from research reports prepared for other purposes that the Lilium Group believes are reasonable. The Lilium Group has not independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness, and this data is subject to change. This presentation does not purport to be exhaustive or to contain all the information to make a full analysis of the Lilium Group or the Proposed Transaction. Except as otherwise required by applicable law, the Lilium Group disclaims any duty to update the information contained in this presentation.

**Forward-Looking Statements and Risk Factors**

This presentation contains certain forward-looking statements, including statements regarding the benefits of the Proposed Transaction, the anticipated timing of the Proposed Transaction, the Lilium Group's proposed business and business model, the markets and industry in which the Lilium Group intends to operate, the anticipated timing of the commercialization and launch of the Lilium Group's business in phases, the expected results of the Lilium Group's business and business model when launched in phases, and Lilium Group's projected future results. These forward-looking statements generally are identified by the words "believe," "project," "expect," "anticipate," "estimate," "intend," "strategy," "future," "opportunity," "plan," "may," "should," "will," "would," "will be," "will continue," "will likely result," and similar expressions. Such statements are based on management's belief or interpretation of information currently available. Forward-looking statements are predictions, projections and other statements about future events that are based on management's current expectations with respect to future events and are based on assumptions and subject to risk and uncertainties and subject to change at any time. The Lilium Group will operate in a rapidly changing emerging industry. New risks emerge every day. Given these risks and uncertainties, you should not rely on or place undue reliance on these forward-looking statements. Actual events or results may differ materially from those contained in the projections or forward-looking statements.

Many factors could cause actual future events to differ materially from the forward-looking statements in this presentation, including, but not limited to, the following risks: (i) the transaction may not be completed in a timely manner or at all, which may adversely affect the price of Qell's securities; (ii) the transaction may not be completed by Qell's business combination deadline and the potential failure to obtain an extension of the business combination deadline if sought by Qell; (iii) the parties fail to satisfy the conditions to the consummation of the transaction, such as Qell's shareholders or Lilium's shareholders failing to adopt the business combination agreement, failing to satisfy the minimum trust account amount following redemptions by Qell's public shareholders or an inability to secure necessary governmental and regulatory approvals; (iv) the lack of a third party valuation in Qell's determination to pursue the Proposed Transaction; (v) the occurrence of any event, change or other circumstance that could give rise to the termination of the business combination agreement; (vi) the impact of COVID-19 on Lilium's business or the Proposed Transaction; (vii) the effect of the announcement or pendency of the Proposed Transaction on Lilium's business relationships, performance and operations generally; (viii) the inability to complete the PIPE investment in connection with the transaction; (ix) the Proposed Transaction disrupts Lilium's current business plans and operations or potential difficulties in Lilium employee retention as a result of the Proposed Transaction; (x) the outcome of any legal proceedings that may be instituted against the Lilium Group related to the Proposed Transaction; (xi) the Lilium Group's ability to obtain or maintain Qell's securities listing on the Nasdaq; (xii) the market price of Qell's and the post combination company's securities may be volatile due to a variety of factors, such as changes in the competitive environment in which the Lilium Group will operate, the regulatory framework of the industry in which the Lilium Group will operate, developments in the Lilium Group's business and operations, and changes in the capital structure; (xiii) the Lilium Group's ability to implement business plans, operating models, forecasts, and other expectations and identify and realize additional business opportunities after the completion of the Proposed Transaction; (xiv) general economic downturns or general systematic changes to the industry in which the Lilium Group will operate, including a negative safety incident involving one of the Lilium Group's competitors that results in decreased demand for the Lilium Group's jets or services; (xv) the Lilium Group and its current and future business partners will be unable to successfully develop and commercialize the Lilium Group's business, or experience significant delays in doing so; (xvi) the post-combination company may never achieve or sustain profitability; (xvii) the post-combination company will need to raise additional capital to execute its business plan, which may not be available on acceptable terms or at all; (xviii) the post-combination company experiences difficulties in managing its growth, moving between development phases or expanding its operations; (xix) third-party suppliers, component manufacturers or service provider partners are not able to fully and timely meet their obligations or deliver the high-level customer service that the Lilium Group's customers will expect; (xx) the Lilium Group's jets not performing as expected, delays in producing the Lilium Group's jets or delays in seeking full certification of all aspects of the Lilium Group's jets, causing overall delays in the anticipated time frame for the Lilium Group's commercialization and launch; (xxi) the technology necessary to successfully operate the Lilium Group's business, as contemplated in the business models and financial forecasts, is delayed, unavailable, not available at commercially anticipated prices, not sufficiently tested, not certified for passenger use or otherwise unavailable to the Lilium Group based on its current expectations and anticipated needs; (xxii) any identified material weaknesses in the Lilium Group's internal control over financial reporting which, if not corrected, could adversely affect the reliability of the Lilium Group's financial reporting; (xxiii) product liability lawsuits, civil or damages claims or regulatory proceedings relating to the Lilium Group's jets, technology, intellectual property or services; (xxiv) the Lilium Group's inability to secure or protect its intellectual property; and (xxv) negative publicity about the Lilium Group, its employees, directors, management, shareholders, affiliated parties or Lilium's founders. The foregoing list of factors is not exhaustive. Forward-looking statements speak only as of the date they are made. You are cautioned not to put undue reliance on forward-looking statements, and the Lilium Group assumes no obligation and does not intend to update or revise these forward-looking statements, whether as a result of new information, future events, or otherwise. The Lilium Group is not giving you any assurance that it will achieve its expectations.

# Legal disclaimer (Cont'd)

**Use of Projections and Description of Key Partnerships**

This presentation contains Lilium's projected financial information, such as revenue, cost of goods sold, gross profit, operating capital expenditures, selling, general and administrative expense, EBITDA and gross margins through 2027. Such projected financial information constitutes forward-looking information based on management's reasonable expectations and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying projected financial information are necessarily inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information, as discussed above under "Forward-Looking Statements". Actual results may differ materially from the results contemplated by the projected financial information contained in this presentation, and the inclusion of such information in this presentation should not be regarded as a representation by any person that the results reflected in such projections will be achieved. The Lilium Group's independent auditors have not audited, reviewed, compiled, or performed any procedures with respect to the projections for the purpose of their inclusion in this presentation, and accordingly, they have not and will not express an opinion or provide any other form of assurance with respect thereto for the purpose of this presentation.

This presentation contains descriptions of some of Lilium's key business partnerships with whom Lilium has entered into feasibility studies, indications of interest, memorandums of understanding or other preliminary arrangements. These descriptions are based on the Lilium management team's discussions and the latest available information and estimates as of the date of this presentation. In each case, these descriptions are subject to negotiation and execution of definitive agreements which have not been completed as of the date of this presentation and, as a result, the nature, scope and content of these key business partnerships remain subject to change.

**Financial Information; Non-IFRS Financial Measures**

Some of the financial information and data contained in this presentation is unaudited and does not conform to Regulation S-X. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, the Registration Statement or other report or document Lilium Group files SEC. Some of the financial information and data contained in this presentation, such as Adjusted EBITDA, have not been prepared in accordance with IFRS. Management believes these non-IFRS measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to the Lilium Group's financial condition and results of operations. Management believes that the use of these non-IFRS financial measures provides an additional tool for investors to use in evaluating projected operating results and trends in the Lilium Group's business and can assist investors in comparing the Lilium Group's financial measures to those of other similar companies, many of which present similar non-IFRS or non-GAAP financial measures to investors. Management does not consider these non-IFRS measures in isolation or as an alternative to financial measures determined in accordance with IFRS. You should review Lilium's audited financial statements in the Registration Statement for a presentation of Lilium's historical IFRS financial information.

**Participants in the Solicitation**

The Lilium Group and certain of their respective directors, executive officers and other members of management and employees may, under SEC rules, be deemed to be participants in the solicitations of proxies from Qell's shareholders in connection with the Proposed Transaction. Information regarding these deemed participants and their direct and indirect interests will be provided in the Registration Statement. You can find more information about the Lilium Group's directors and executive officers in the Registration Statement.

**No Offer or Solicitation**

This presentation is not a proxy statement or solicitation of a proxy, consent, or authorization with respect to any securities or in respect of the Proposed Transaction and shall not constitute an offer to sell or a solicitation of an offer to buy the securities the Lilium Group, nor shall there be any sale of any such securities in any state or jurisdiction in which such offer, solicitation, or sale would be unlawful prior to registration or qualification under the securities laws of such state or jurisdiction. No offer of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act of 1933, as amended, or exemptions therefrom.

**Trademarks**

This presentation contains the trademarks, service marks, trade names and copyrights of the Lilium Group and other companies, which are the property of their respective owners.

**Graphic Representations**

Aircraft depicted in this presentation have been rendered utilizing computer graphics.

The information contained herein is made as of June 15, 2021 and does not reflect any subsequent events.

# Today's participants & agenda

| 1. Intro & Product | 2. Technology | 3. Certification & Supply Chain | 4. Manufacturing | 5. Business Model & Financials | 6. Q&A |
|---|---|---|---|---|---|
| Daniel Wiegand | Alastair McIntosh | Yves Yemsi | Dirk Gebser | Geoff Richardson | Alex Asseily |
| **CEO & Co-Founder** | **CTO** | **Chief Program Officer** | **Chief Manufacturing Officer** | **CFO** | **Chief Strategy Officer** |

| Inventor of Lilium **aircraft architecture** and propulsion expert | **Chief Engineer A350 engines** and MD Rolls-Royce Germany | SVP **Procurement & Supply Chain**, VP Program Quality **A350** | **VP Assembly** for Airbus **A320 & A380** | **CFO of GM** Cruise, oversaw **$7BN+** of Capital into Cruise | Founder of **Jawbone**, Founder of **Elvie**, CEO of Zulu Group. |

# Key updates since merger announcement

    

Procurement of **avionics, flight control** & **PIPE Investor**[1]

Planning to fly **5th generation demonstrator**

**Tom Enders** to become **Chairman**[2] **of Lilium**

**Analytics** for testing and supply chain control tower & **PIPE Investor**[1]

**Airline operations** for Europe

**Major vertiport hub**

Note: Some contracts are in the process of being finalised into binding, definitive agreements
Source: Press releases. Company information. 1. Future commitments through the PIPE - not current investors. 2. Future Chairman.



# A revolution in sustainable regional transport

# Real time savings & convenience drive customer value

~40 minutes - ~$200
~2 hours time saving

~5 minutes - ~$65
~40 minutes time saving

~30 minutes - ~$170
~1+ hour time saving

Source: Estimated pricing based on Lilium business plan.
Note: 7-Seater: 2026E. Time calculations based on Lilium flight time with average speed of 155 mph. Time comparison based on average trip time by car according to Google Maps. New York used for illustrative purposes only. Lilium is expecting to initially launch in Florida and Germany. Range refers to service range (service range = physical range minus reserves).

# High-speed regional air network

**~100x cheaper**

**~10x faster** to deploy

vs. ground transport infrastructure





Palm Beach

Miami

## Urban Access

Landing closer to where you want to go

**Miami → Palm Beach**

**~$150**

**~20 minutes**

**~5x faster** than driving

Source: Lilium Business Plan. European Court of Auditors. Management estimates.
Note: Network based on mid-term range potential. These comparison to ground transport infrastructure is based on judgments and assumptions of our management in light of information available at this time; actual results may differ

# Market-leading performance & drives economics

| Fully Electric | > | Lower operating costs |
| 7-Seater | > | Leading passenger / cargo payload |
| 175 mph | > | 5X faster than average car journey |
| Lower noise than competitors | > | Regular urban landing |
| ~155 mile range | > | Access to urban & regional routes |

Source: Architectural performance assessment of an eVTOL aircraft. Lilium engineering assessment. Management estimates.
Note: Cruise speed based on Lilium engineering assessment assuming flight at 10,000 ft. Range refers to physical range (service range + reserves).

Lilium Analyst Presentation 2021

9



# Lilium: market-leading passenger experience & safety

- **Business jet cabin** – familiar, spacious
- Lower vibration – smooth, **pleasant ride**
- 6 passenger seats – **pass savings to customers**

- Ultra **redundancy** - safer
- Fan **blade loss** containment - safer
- Fully electric – **zero emissions**

Source: Architectural performance assessment of an eVTOL aircraft. Lilium engineering assessment. Management estimates.

# Accelerating delivery times

- 175 mph - covers ~**25 times larger area than truck**
- Low noise - easier **access to urban warehouses**
- **Ultra redundancy** – safer for cities and cargo



- Large cabin: 6m^3 (210 ft^3)
- **Highest eVTOL cargo payload**

Source: Architectural performance assessment of an eVTOL aircraft. Lilium engineering assessment. Management estimates.

12

# What people care about according to the regulators



**Challenges for UAM[1] %**

Infrastructure — 11.0
Safety — 8.7
Noise — 8.7

Customer needs are aligned with Lilium's strengths

Technology — 8.1
Environmental impact — 7.5
Regulations — 6.9
Air Traffic Management — 4.0
Certification — 4.0
Communications — 4.0
Cost — 3.5
Economics — 3.5
Societal acceptance — 3.5
Public acceptance — 2.9
Legal framework — 2.3
Operations — 2.3
Public perception — 2.3
Security — 2.3

1. Share of the 173 mentions regarding challenges (multiple per publication possible);

Source: EASA Study on UAM 2021.

# Decarbonization of transportation is inevitable

Transportation contributes ~29% of US GHG emissions:

Lilium $CO_2$ reduction potential by 2030:

## ~3,000,000 tons $CO_2$ p.a.

Source: International Energy Agency. Umweltbundesamt. Carbon Brief. European Parliament Research. BloombergNEF. US EPA. Lilium engineering data. Management estimates. Lilium Business Plan: 7-Seater 2030E.

# Our team has built and shipped successful & complex aircraft

| Board | Engineering | | | Program & Certification | | Manufacturing |
|---|---|---|---|---|---|---|
| **Tom Enders** Chairman[1] & Investor | **Alastair McIntosh** Chief Technology Officer | **Brian Phillipson** Deputy Chief Technology Officer | **Luigi Moretti** Chief Engineer | **Yves Yemsi** Chief Program Officer | **Bhavesh Mandalia** Head of Airworthiness | **Dirk Gebser** Chief Manufacturing Officer |

      

| CEO of Airbus | Chief Engineer & MD of Rolls Royce | Managing Director of BAE Systems | Chief Engineer of NextGen Tiltrotor | SVP Procurement & Supply Chain, VP Program Quality at Airbus | Head of Design Organization at Boeing | VP Aircraft Assembly, SVP Aerostructure at Airbus |

Previous roles






Harrier VTOL


NextGen Tiltrotor


A350




A380


Engines of Airbus A350 and Gulfstream G650


Eurofighter Typhoon

A320

A380

# Technology



## Alastair McIntosh

Chief Technology Officer

Formerly MD and Chief
Engineer of Airbus
A350 and Gulfstream
G650 jet engines

  



DEMONSTRATORS

# Ducted Electric Vectored Thrust (DEVT)

Lilium's proprietary propulsion technology drives major advantages over open propeller eVTOL

- Lower noise, lower vibration

- Safer

- Larger aircraft with more payload

- Scalable



Source: Architectural performance assessment of an eVTOL aircraft.
Note: DEVT can scale to larger aircraft with more payload for same footprint and noise level.

# Ducted fans need 10-15X less propulsion area than open propellers for the same aircraft



Open propeller

For open propeller configurations the footprint of the propellers is dominating the overall footprint



Ducted Fan

Note: Footprint for same aircraft weight
Source: Architectural performance assessment of an eVTOL aircraft. Lilium engineering assessment.

# Future Proof: DEVT also allows for higher payload aircraft in same footprint

**Open propeller**
**5-Seater competitor**

**Cannot scale**
to heavier aircraft with more payload without significant **increase in rotor tip-to-tip span (footprint) or noise levels**

**Lilium 7-Seater**

Space for cargo: 6m$^3$ / 210ft$^3$

**1.5x larger**

passenger **capacity** and **revenue** potential vs. our competitor

**Lilium 16-Seater**

Space for cargo: 15m$^3$ / 530ft$^3$

**3.75x larger**

passenger **capacity** and **revenue** potential vs. our competitor



15m





Source: Architectural performance assessment of an eVTOL aircraft. eVTOL.news. Lilium business plan.
Note: Lilium 16-Seater projected to be launched by 2028.

# Designed for highest safety standards

- 1 x 10$^{-9}$ failure probability, like Airbus A350

- Redundancy

- No single point of failure

- Dissimilar and redundant computers



36 engines: safe landing even after multiple engine loss

Crumple zones to protect passengers

72 battery modules shielded from cabin

3 dissimilar flight control computers – supplied by Honeywell

Source: EASA. Lilium engineering.

# Lilium mission is regional transport – not to hover



**Lilium ~2X higher power consumption** in hover than open propeller configuration

Hover is only ~30 seconds, so energy use only ~5% more vs. open propeller per mission

Source: Architectural performance assessment of an eVTOL aircraft.

22

# Low noise allows regular landings near communities



Measured

Lilium Jet
~60 dBA at
**100m**

Open propeller eVTOL
competitors ~60 dBA
projected at **220m**

Helicopter
~60 dBA
projected at **1km**

60dBA is comparable to
standing near a dishwasher

Due to noise
impact… "out of
**40 helipads only
1 is active** in
San Francisco"

Source: Management estimates. Architectural performance assessment of an eVTOL aircraft. Morgan Stanley.
Note: Assumes similar aircraft weight for open propeller eVTOLs vs. Lilium's 7-Seater.

23

# Kicking-off flight test campaign of new demonstrator after thorough upgrade and testing

### Learnings from prior demonstrators, starting 2016



5-seater full scale demonstrator's first successful test campaign in 2019.

### New capabilities engineered



Full thermal containment and venting system, switching to pouch cells from cylindrical cells

### New 5th generation technology demonstrator launching its flight campaign



Test campaign 2021

# Certification and Supply Chain



## Yves Yemsi

Chief Program Officer

Formerly SVP **Procurement & Supply Chain**, VP Program Quality **A350**



A350



A380

 **AIRBUS**

Lilium Analyst Presentation 2021          25

# We are progressing well in the concurrent type certification processes



Source: EASA. Company information. Management estimates.
Note: Indicative, until EASA & FAA final rules for MoCs and Level of involvement are known: Lilium does not control regulatory timelines.
(1) In 2020 received EASA CRI-A01 against current EASA SC-VTOL.

# Tier 1 aerospace suppliers will deliver key sub-systems

Selected examples:



|  | **Honeywell** | **'TORAY'** Toray Advanced Composites |
|---|---|---|
| Wings, Fuselage and Structures | Avionics and Flight Control System | Composites |

Source: Aciturri. Honeywell. Toray.

Lilium Analyst Presentation 2021    27

# We are working with Palantir to help develop our enterprise operating system



Developer of a leading software for data driven decisions

Source: Palantir

# Battery strategy

## Battery requirements

| Lilium progress |

**Safety**

> Full **thermal runaway containment** in a module of demonstrator

**Cell technology**

— High energy density
— High power density for take-off and landing
— Fast charging
— Long lifetime

> Silicon-anode lithium-ion pouch technology **secured exclusively:**
>
> — >330 Wh/kg, enabling ~155mi range
> — Power levels of **2.8 kW/kg**
> — 15 minutes to 80%, **30 minutes to 100%**
> — > 800 standard charge/ discharge cycles

**Industrialisation: Mass production**

> Leverage **standard battery cell production lines**

Source: Management estimates. Third party battery supplier. Architectural performance assessment of an eVTOL aircraft. Lilium Battery Team.



# Manufacturing



## Dirk Gebser

Chief Manufacturing Officer

Formerly VP Aircraft Assembly,
SVP Aerostructure at Airbus,
Manufacturing director of engines
Rolls Royce



A320



A380




AIRBUS

# Manufacturing Strategy: Phased approach to achieve quality & scale

**2021 – 2023:**
Prototyping and Type Certification



- Core factory capability for initial series production – at Munich HQ

- Approval of production organization

- Sourcing from certified Tier 1 aerospace suppliers

**2023 – 2025:**
Initial production near engineering



- In-house factory for capacity of 400 units p.a. – on site

- Limited initial investment with focused level of automation

**2026 +:**
Start of global production with 3rd parties



- Capex light manufacturing strategy

- Factories built by 3rd parties with Lilium's support and blueprint

Source: Lilium Business Plan.
Note: Image in right column is no actual representation of Lilium factory.

# 100,000 ft² prototype manufacturing facility in place at HQ in Munich

~**150 production engineers and technicians** with **2000+ years** of automotive/ aerospace **experience**

**Fast prototyping capabilities** for 80 core processes in-house: machine shop, metrology lab, 3D-print, and 130 fast make suppliers






Source: Lilium manufacturing.
Note: Prototype manufacturing.




Former employers of our production organization














# Comprehensive testing facilities

Rapid development cycles and acceleration of the certification program

- Propulsion and acoustic testing
- Energy system testing
- Environmental testing
- Structural testing
- Impact testing
- Electrical testing
- System integration laboratory

Source: Lilium testing and engineering.











# Aircraft designed for manufacturability & scale

– **Automated,** high-quality assembly of engines, actuators and batteries

– **30x fewer parts** than commercial airliner: <100k projected parts[1] of the Lilium jet vs ~3M[2]



One type of **e-motor**
One type of **actuator**

One type of
**battery module**

Source: (1) Management estimates. (2) Boeing. Lilium engineering.

# Business Model and Financials



### Geoff Richardson

Chief Financial Officer

**Former CFO of Cruise,** oversaw **$7BN+** of Capital into Cruise

cruise



Morgan Stanley

Vertiport render with Ferrovial

# Analysts project that investors are not prepared for the scope of this revolution

**2021 - VTOL market**
**$35 Billion**



**2040 - (e)VTOL market**
**$1 Trillion**



– A fundamentally better product radically expands the VTOL market

– (e)VTOL will absorb segments that are slow, inefficient, or too costly:

  ▪ Long car journeys
  ▪ Regional trains
  ▪ Regional flights
  ▪ Expensive helicopter / jet charters
  ▪ Limited 24 hr delivery

Source: Morgan Stanley. Goldstein Market Research. Management estimates.

Analysts project UAM to reach **$9TN TAM by 2050**, moderately lower than **global TAM of the light passenger vehicle mobility market** today

# Lilium is setup for global market access



Source: Lilium Business Model.
Note: Certification in process, not yet obtained.

Lilium Analyst Presentation 2021      38

# We will access two complementary business lines

**Lilium Network (B2C)**



**Turnkey Enterprise Sales (B2B)**

 

**Selling tickets** on Lilium's **own passenger networks** operated by certified air carriers

**Selling fleets of aircraft** with arranged **service & maintenance support** to **corporates & governments**

Source: Lilium Business Model.

# Our commercial ecosystem will support our business to deliver quality and scale in our operations

| Infrastructure | Pilot Training | Airline (AOC) Operations (EU) |
|:---:|:---:|:---:|







  





Source: Tavistock. Ferrovial. Lufthansa Aviation Training. Luxaviation.
Note: Some contracts are in the process of being finalised into binding, definitive agreements

# Vertiport network planned for Florida launch

**~$200m of commitments**

**10 sites** incl. international airports planned in Florida **exclusive** to Lilium

Responsibilities
— **Secure sites**
— **Construction**
— **Permitting**
— **Ground Operations**

Lilium pays **landing fees** upon **commencement of site operations**

Potential to extend to **other regions in US and Europe**



**$600m** revenue projected with **125** jets in operation

ferrovial

— Leading **transport infrastructure developer** and **operator**

— Developed and operate **33 airports** incl. **Heathrow**

Source: Ferrovial. Lilium Business Plan.

# In 2026, a single jet is expected to generate ~ $5M revenue potential in the Lilium Network

## Operational parameters

**~25**
Flights per day per jet

**~60 miles**
Average trip distance

**~10 hrs**
Daily hours spent in flight

**10%**
Annual downtime for maintenance and training

**~ 500,000 mi**
Annual revenue generating vehicle miles per jet

**~ $15,000**
Daily revenue per jet

**~ $5M**
Annual revenue per jet

## Monetization

**4.5 out of 6**
Passenger seats filled

**~ $2.25**
Price per passenger mile

**~ $10**
Revenue per vehicle mile

Source: Lilium business plan. Management estimates.
Note: 7-Seater: 2026E. Figures converted at USD / EUR of 1.21.

# Attractive pricing for the customer

**In $ per passenger mile**

Assuming 4.5 passengers per flight



Per passenger mile

| Price | Full cost | Margin |
|---|---|---|
| ~$2.25 | ~$1.75 | ~$0.50 |

Margin ~25%

## Sensitivity

| Price per passenger mile | | Margin | Payback (years) |
|---|---|---|---|
| 2.25 $/mi | > | ~25% | ~2.0 |
| 2.50 $/mi | > | ~32.5% | ~1.8 |
| 2.75 $/mi | > | ~40% | ~1.6 |
| 3.00 $/mi | > | ~47.5% | ~1.4 |

Source: Lilium business plan.
Note: 7-Seater: 2026E. Figures converted at USD / EUR of 1.21.

# 50% of cost base is independent of aircraft size

## In $ per passenger mile

Assuming 4.5 passengers per flight



## Key stats

Battery replacements:
**Every 4 months**

Pilots per jet p.a.:
**4.5**

Lifetime per jet:
**8 years**

Jet unit cost:
**$2.5M**



Source: Lilium business plan. Management estimates.
Note: 7-Seater: 2026E. Figures converted at USD / EUR of 1.21.

# Enterprise sales de-risk the business through immediate payback of the jet and revenue predictability



**Replacement parts** and aircraft servicing

| | |
|---|---|
| Upfront payment | ~ $4M |
| Aftermarket support (per annum) | ~ $1M |
| Jet payback period | immediate |
| Lifetime profit per jet | ~ $5M |



**Software tools** for safe and efficient operations incl. **aircraft health monitoring platform with**

Source: Lilium business plan. Palantir.
Note: 7-Seater: 2026E. LT profit calculated as upfront payment minus initial costs plus annual service margin * lifetime of jet (equal to 8 years). Figures converted at USD / EUR of 1.21. Aircraft health monitoring platform still under development.

# Financial profile

| $M | 2021B | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|---|---|
| Production volume (50%-50% allocation) | | | | 90 | 325 | 600 | 950 |
| **Profit & Loss items** | | | | | | | |
| People Network | - | - | - | 29 | 496 | 1,709 | 3,214 |
| Turnkey Enterprise Solution | - | - | - | 217 | 818 | 1,597 | 2,653 |
| **Total Revenue** | - | - | - | **246** | **1,314** | **3,306** | **5,867** |
| *% Growth* | | | | *nm* | *435%* | *152%* | *77%* |
| COGS[1] | - | - | - | (169) | (881) | (2,041) | (3,668) |
| OPEX & SGA | (173) | (182) | (197) | (257) | (364) | (557) | (760) |
| **Adjusted EBITDA[2]** | **(173)** | **(182)** | **(197)** | **(180)** | **70** | **708** | **1,440** |
| *% Margin* | *nm* | *nm* | *nm* | *nm* | *5%* | *21%* | *25%* |
| **Selected cash flows** | | | | | | | |
| Operating cash flows | (173) | (182) | (197) | (197) | 39 | 521 | 1,060 |
| Capex[3] | (48) | (67) | (65) | (61) | (108) | (45) | (114) |
| *% Revenue* | *nm* | *nm* | *nm* | *25%* | *8%* | *1%* | *2%* |
| Capital Investments in Lilium Network fleet[4] | - | - | - | (127) | (448) | (749) | (1,152) |
| *% Revenue* | *nm* | *nm* | *nm* | *52%* | *34%* | *23%* | *20%* |

Source: Lilium business plan. Management estimates.
Note: Converted at USD / EUR of 1.21. (1) include direct aircraft operating and maintenance cost, as well as vehicle cost of aircraft sold via B2B channel. (2) Adjusted EBITDA is defined by us as revenue for the period presented plus other income less cost of sales, research and development expenses, general and administrative expenses, selling expenses and other expenses not considering share-based payment compensation, and costs and other one-time items related to the Business Combination. Adjusted EBITDA is not a financial measure prepared in accordance with IFRS and should not be considered a substitute for net income (loss) prepared in accordance with IFRS. (3) Investments for manufacturing capex, supplier NRCs, engineering, testing and certification, and small per head investments. (4) Lilium assumes external financing will be obtained to cover these investments.

# This transaction is intended to fund to launch of commercial operations

## Round timing and size

– Raising ~$830M of total gross proceeds ($450M in PIPE Investments, and may have access to up to ~$380M currently held in Qell trust - subject to Qell investors' right of redemption)

– Business combination <u>expected to close in mid Q3-2021</u>

## Use of proceeds

– Finalize German factory for serial production
– Launch serial production aircraft
– Complete Type Certification process
– Launch global revenue generating business



Go-to-market
~$100M, 12.5%

Talent & Infrastructure
~$500M, 62.5%

Production & engineering capex
~$200M, 25%

Source: Lilium business plan. Management estimates.
Note: The process to get to entry into service might be delayed, require more funds as expected and is subject to various risks of unexpected developments.

# Strong and experienced board

**Barry Engle**
**Director**



CEO, Qell
Formerly:
**President, GM** North America,
President, GM International
CEO, Ford Canada; President Ford Brazil

   

Deep experience and networks across **mobility and emerging technology sector**

Proven track record in **scaling and industrializing businesses**

**Tom Enders**
**Chairman**[1]



Formerly:
**CEO of Airbus** SE,
CEO of Airbus Commercial Aircraft Division



**David Wallerstein**
**Director**



**CXO, Tencent**

*Tencent* 腾讯

**Niklas Zennstrom**
**Director**



**Founding Partner and CEO**, Atomico
Founder, **Skype**

atomico°

Skype

**2X Independent Board Members**



Including Audit Chair

# Leading ecosystem of commercial contractors, suppliers and investors

| Commercial contractors | Tier 1 supplier and software provider | Global investors |
| --- | --- | --- |

Note: Investors include current and future investors. 1) future commitments through the PIPE – not current investors  Source: Company filings.

# Lilium's key investment highlights



**Differentiated technology**

Scalable, safe, low noise

**Dual certification**

EASA & FAA with certification basis agreed with EASA

**Team of aerospace professionals**

Deep experience in execution & delivery of major commercial aircraft

**Certified Tier 1 aerospace suppliers**

De-risks execution for quality, cost, and time to market

**Regional business model**

Launch plans in place, strong unit economics

A revolution in sustainable regional transport



Thank You