# EXHIBIT 10

## Todeszone aus Asche

**GEOLOGIE** Als am 15. Januar Tongas Unterwasservulkan Hunga Tonga-Hunga Ha'apai explodierte, war es, als bärste die Erde. Die Eruption war die stärkste je gemessene und noch 10 000 Kilometer entfernt für Menschen hörbar, Asche schoss bis in 58 Kilometer Höhe. Wissenschaftler des neuseeländischen National Institute for Water and Atmospheric Research (NIWA) haben HT-HH, wie der Vulkan auch bezeichnet wird, sowie das Gebiet um ihn herum nun mit einem ferngesteuerten Forschungsboot untersucht. Sie hätten sich nicht gewundert, wenn sie den 20 Kilometer breiten Vulkan völlig zerstört vorgefunden hätten – aber zu ihrer Überraschung hat ihn die Explosion nur wenig verändert.

Seine Flanken sind intakt, einzig der Vulkankrater liegt nun 700 Meter tiefer als zuvor. Beim Ausbruch hat HT-HH dennoch fast zehn Kubikkilometer Material ausgeworfen; das entspricht dem Inhalt von 3,8 Millionen Olympiaschwimmbecken. Dieses Material fanden die Forscher überwiegend in einem Radius von 20 Kilometern um den Feuerberg wieder, wo es das Leben weitgehend auslöschte und eine Todeszone aus Schutt und Asche bildete. Bei Stichproben stellten die Forscher aber fest, dass Ablagerungen auch in 80 Kilometer Entfernung nachweisbar waren.

Offenbar hatten sich am 15. Januar »pyroklastische Ströme« unter Wasser gebildet, vernichtende Lawinen aus dichter Lava, Vulkanasche und Gasen, die sich mit frappierender Geschwindigkeit ausbreiten konnten. Wie die NIWA-Wissenschaftlerin Emily Lane berichtet, hätten diese Ströme genug Kraft gehabt, »um riesige Bergrücken hinaufzufließen«. Gemessen am Volumen des ausgeworfenen Materials war der Ausbruch der HT-HH auch im historischen Vergleich außergewöhnlich: Als der Vesuv im Jahr 79 nach Christus die Stadt Pompeji unter glühender Asche begrub, hatte er rund 4 Kubikkilometer Material ausgespuckt. Beim Ausbruch des philippinischen Vulkans Pinatubo 1991 wurden 5,5 Kubikkilometer Material freigesetzt. ME


Aschewolke des Hunga Ha'apai im Januar

Tonga Geological Services / ZUMA Wire / IMAGO

---

## »Grundsätzlich fliegbar«

**LUFTFAHRT** Flugtaxis werden kommen – vielleicht auch aus Deutschland.



*Volker Gollnick, 58, leitet das Institut für Lufttransportsysteme an der Technischen Universität Hamburg.*

privat

**SPIEGEL:** Herr Professor Gollnick, Sie haben sich oft kritisch geäußert über das deutsche Start-up Lilium, das ein vollelektrisches, senkrecht startendes Lufttaxi für den urbanen Raum entwickeln will. Wie bewerten Sie den Flieger jetzt?

**Gollnick:** Ich bin da vorsichtig optimistisch. Das Projekt hat ein ganzes Stück des Weges noch vor sich, aber es gibt keinen Zweifel mehr daran, dass dieses Gerät grundsätzlich fliegbar ist. Was Lilium jetzt an Flugversuchen präsentiert, ist viel vertrauensbildender als das, was früher zu sehen war.

**SPIEGEL:** Zum Beispiel?

**Gollnick:** Eine sehr kritische Flugphase ist der Übergang vom senkrechten Steigflug zu einem aerodynamisch getragenen Vorwärtsflug. Hier zeigen die jüngsten Aufnahmen, dass dieser Übergang offensichtlich funktioniert.

**SPIEGEL:** Woran hapert es noch?

**Gollnick:** An den Batterien. Die heute und in naher Zukunft maximal mögliche Energiedichte liegt unterhalb dessen, was Lilium brauchte, um die spezifizierte Reichweite von 300 Kilometer zu erreichen. Lilium kann hier selbst wenig bewirken, die Firma ist den Fortschritten der Batteriehersteller ausgeliefert.

**SPIEGEL:** Welche Reichweite wäre denn jetzt realistisch?

**Gollnick:** Bis zu 100 Kilometer kann Lilium in naher Zukunft schaffen. Damit ließen sich im deutschen Markt einige interessante Strecken abdecken, von der Münchner Innenstadt zum Flughafen etwa.

**SPIEGEL:** Der Antrieb besteht aus vielen kleinen Motoren. Sind sie deshalb zwangsläufig laut?

**Gollnick:** Der Lärm ist umso größer, je kleiner diese Antriebe im Durchmesser sind. Lilium hat aber die Zahl von 36 Antrieben auf 30 reduziert, und ich nehme mal an, dass die Firma irgendwann bei 20 bis 24 Antrieben landet. Den Lärm kann sie damit reduzieren.

**SPIEGEL:** Stehen Sie in Kontakt mit Lilium?

**Gollnick:** Nein, bisher nicht. Aber ich würde mich sehr freuen, wenn das Fluggerät ein Erfolg würde. Wenn ich Zweifel hege und gehegt habe, dann vor allem, weil vieles von dem, was publik geworden ist, noch zu wenig verständlich und plausibel ist.

**SPIEGEL:** Woran könnte Lilium noch scheitern?

**Gollnick:** Der Firma könnte das Geld ausgehen, wenn sie doch noch deutlich länger braucht, ehe sie den Flieger zugelassen hat und ausliefern kann.

**SPIEGEL:** Es gibt aber mehr als 100 ähnliche Projekte in der Welt. Welche haben für Sie die besten Chancen?

**Gollnick:** Die Chinesen werden sicherlich ihr eigenes Fluggerät auf den Markt bringen, auch weil sie bei der Zulassung rigoroser vorgehen als die westliche Welt. Auch die Amerikaner werden erfolgreich sein, insbesondere mit dem »Joby« aus Kalifornien. Den deutschen »Volocopter« sehe ich auch als erfolgversprechend an, trotz bisher geringer Reichweite.

**SPIEGEL:** Warum sprießen diese Projekte so zahlreich aus dem Boden?

**Gollnick:** Weil Airbus und Boeing über Jahre keine neuen Flugzeugprogramme starten werden. Es gibt aber jede Menge hoch motivierte, enthusiastische Ingenieurinnen und Ingenieure, die eine tiefe Sehnsucht haben, neue Flugvehikel zu entwerfen. Das ist unser Handwerk als Luftfahrtingenieure, das ist unsere Motivation. Diese Leute drängen in diese Start-ups. Klar ist aber auch: Viele Projekte werden auf der Strecke bleiben.

**SPIEGEL:** Wird sich der urbane Luftraum völlig verändern?

**Gollnick:** Lufttaxis werden kommen, aber es werden nicht Tausende sein. Ich halte es schon für möglich, dass künftig zum Beispiel über Hamburg vielleicht 50 dieser Fluggeräte zeitgleich in der Luft sind. ME


Lilium-Experimentalflieger im Hangar

Lilium / Cover-Images / IMAGO

## Nov. 26, 2022, "Grundsätzlich fliegbar," *Der Spiegel*
*Translated by DeepL Translate*

### "Basically flyable"

**Spiegel:** Professor Gollnick, you have often been critical of the German start-up Lilium, which wants to develop a vertical take-off air cab for urban areas. How do you rate the air taxi now?

**Gollnick:** "I'm cautiously optimistic about it. The project still has quite a way to go, but there is no longer any doubt that this device is fundamentally flyable. What Lilium is presenting now in terms of flight tests is much more confidence-building than what was seen earlier."

**Der Spiegel:** For example?

**Gollnick:** "A very critical phase of flight is the transition from vertical flight to aerodynamically supported forward flight. Here, the latest recordings show that this transition obviously works."

**Der Spiegel:** What is still lacking?

**Gollnick:** "The batteries. The maximum energy density possible today and in the near future is below what Lilium needed to achieve the specified range of 300 kilometers. Lilium can do little itself here; the company is at the mercy of the battery manufacturers' advances."

**Der Spiegel:** What range would be realistic now?

**Gollnick:** "Lilium will be able to cover up to 100 kilometers in the near future. That would cover some interesting distances in the German market, from downtown Munich to the airport, for example."

**Der Spiegel:** The drive consists of many small motors. Does that necessarily make them noisy?

**Gollnick:** "The noise is greater the smaller these drives are in diameter. But Lilium has reduced the number from 36 drives to 30, and I assume the company will eventually end up with 20 to 24 drives. It can reduce the noise with that."

**Der Spiegel:** Are you in contact with Lilium?

**Gollnick:** "No, not so far. But I would be very happy if the aircraft became a success. If I have or had any doubts, it is mainly because much of what has become public is still too little understandable and plausible."

**Der Spiegel:** What else could cause Lilium to fail?

**Gollnick:** "The company could run out of money if it takes much longer before it has the plane certified and can deliver it."

**Der Spiegel:** But there are more than 100 similar projects around the world. Which do you think have the best chances?

**Gollnick:** "The Chinese will certainly bring their own aircraft onto the market, partly because they take a more rigorous approach to certification than the Western world. The Americans will also be successful, especially with Joby from California. I also see the German Volocopter as promising, despite its low range so far."

**Der Spiegel:** Why are these projects sprouting up in such numbers?

**Gollnick:** "Because Airbus and Boeing will not launch any new aircraft programs for years. But there are plenty of highly motivated, enthusiastic engineers who have a deep longing to design new aircraft. That's our craft as aerospace engineers, that's our motivation. These people are pushing into these startups. But it's also clear that many projects will fall by the wayside."

**Der Spiegel:** Will urban airspace change completely?

**Gollnick:** "Air cabs will come, but there won't be thousands. I think it's already possible that in the future, for example over Hamburg, maybe 50 of these aircraft will be in the air at the same time."