# EXHIBIT 13



# Search Report

---

**Entity Name :**      Qell Acquisition Corp.
**Jurisdiction :**      Cayman Islands
**Registration Number :**      364996
**Registration Date :**      07th August 2020
**Entity Type :**      EXEMPT
**Registered Office :**      CAMPBELLS CORPORATE SERVICES LIMITED
Floor 4
Willow House, Cricket Square
Grand Cayman  KY1-9010
Cayman Islands

| | |
|---|---|
| **Status :** | MERGED-STRUCK OFF REGISTER |
| **Status Date :** | 13th September 2021 |

---

-      INFORMATION REGARDING THE CORPORATE RECORDS AND REGISTERS ARE NOT AVAILABLE FOR PUBLIC INSPECTION

-      THIS REPORT DOES NOT CONFIRM THE ENTITY IS IN GOOD STANDING

Authorisation Code : 915690325682
www.verify.gov.ky
11 May 2023