# EXHIBIT 19

## Contact

www.linkedin.com/in/██████████
(LinkedIn)

## Top Skills

Structural Dynamics

Flutter

Dynamic Loads

## Languages

English (Native or Bilingual)

Spanish (Professional Working)

## Certifications

MITx: Introduction to Computational Thinking and Data Science

Restricted Radiotelephone Operator Permit

Understanding Organizational Strategy and Capabilities

Architecture and Systems Engineering: Models and Methods to Manage Complex Systems

University of California BerkeleyX: Electronic Interfaces

████████████████

Dynamic Loads and Flutter Engineer
Savannah, Georgia, United States

## Summary

Experienced Structural Analysis Engineer with a demonstrated history of working in the aviation and aerospace industry. Strong engineering professional skilled in Matlab, Python, aeroelasticity, finite element analysis, data analysis, and flight testing.

———

## Experience

**Gulfstream Aerospace**
Dynamic Loads and Flutter Technical Specialist
April 2021 - Present (2 years 5 months)
Savannah, Georgia, United States

**Lilium**
Loads and Aeroelasticity Engineer
March 2020 - April 2021 (1 year 2 months)
Munich, Bavaria

**Boeing**
10 years

Technical Lead, External Loads Group
2013 - 2020 (7 years)

Lead Wing External Loads Engineer, P-8A Program
2010 - 2013 (3 years)

**Boeing Research & Technology**
Structural Analysis Engineer / Researcher
November 2008 - October 2010 (2 years)

**Boeing**
Static Loads Engineer
November 2004 - November 2008 (4 years 1 month)
Seattle, Washington, United States

## Education

University of Michigan

United States Naval Academy