**THE WHITEHEAD LAW FIRM, L.L.C.**
C. Mark Whitehead III
(FL Bar Roll #559881)
cmw@whiteheadfirm.com
1330 West Avenue, Suite C402
Miami Beach, FL 33139
Telephone: (337) 740-6006
Facsimile: (337) 205-7754

*Local Counsel for Lead Plaintiff Jonathan Coon*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (admitted *phv*)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Jonathan Coon
and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 23-CV-80232-ROSENBERG/REINHART**
**Class Action / Jury Trial Demanded**

MANIRAJ ASHIRWAD GNANARAJ,
Individually and on behalf of all others similarly
situated,
      Plaintiff,

      v.

LILIUM N.V. F/K/A QELL ACQUISITION
CORP., BARRY ENGLE, DANIEL
WIEGAND, and GEOFFREY RICHARDSON,

      Defendants.

**NOTICE OF PLAINTIFF'S NON-OBJECTION TO**
**REPORT AND RECOMMENDATION ON MOTION TO DISMISS**

Pursuant to the December 15, 2023, Report and Recommendation of the Honorable Bruce E. Reinhart, United States Magistrate Judge for the Southern District of Florida, on Defendants' Motion to Dismiss (the "R&R") (ECF No. 105), Lead Plaintiff Jonathan Coon ("Plaintiff"), **HEREBY GIVES NOTICE** that:

Plaintiff will not serve or file written objections to the R&R. Rather, Plaintiff anticipates filing an amended complaint to address the issues raised in the R&R.

Dated: December 20, 2023          Respectfully submitted,

**THE WHITEHEAD LAW FIRM, L.L.C.**

By: _/s/ C. Mark Whitehead III_
C. Mark Whitehead III
(FL Bar Roll #559881)
1330 West Avenue, Suite C402
Miami Beach, FL 33139
Telephone: (337) 740-6006
Facsimile: (337) 205-7754
cmw@whiteheadfirm.com

_Local Counsel for Lead Plaintiff Jonathan Coon_

**KAHN SWICK & FOTI, LLC**
Kim E. Miller
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
Craig J. Geraci, Jr.
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
craig.geraci@ksfcounsel.com

_Lead Counsel for Lead Plaintiff Jonathan Coon and the Class_

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 20, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ C. Mark Whitehead III*
C. Mark Whitehead III

2