# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CV-80232-ROSENBERG

MANIRAJ ASHIRWAD GNANARAJ, Individually
and on behalf of all other similarly situated,

        Plaintiffs,

v.

LILIUM N.V., et al.,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Defendants' Motion to Dismiss, DE 89, which was previously referred to the Magistrate Judge for a Report and Recommendation. On December 15, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be granted. DE 105. The parties had until December 29, 2023 to file any objections to the Report and Recommendation. No objections appear on file. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Defendants' Motion should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 105, is hereby **ADOPTED**;

2. The Defendants' Motion to Dismiss, DE 89, is **GRANTED WITHOUT PREJUDICE**.

3. The Plaintiffs shall file a second amended complaint by up to and including January 24, 2024.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of January, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record