UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80232-ROSENBERG/REINHART

MANIRAJ ASHIRWAD GNANARAJ,
Individually and on Behalf of All Others
Similarly Situated,

      Plaintiffs,

    -v.-

LILIUM N.V. F/K/A QELL
ACQUISITION CORP. *et al.*,

      Defendants.

## DEFENDANTS' UNOPPOSED REQUEST FOR ENTRY OF JUDGMENT

  Defendants Lilium N.V. f/k/a Qell Acquisition Corp., Barry Engle, Daniel Wiegand, Geoffrey Richardson, Yves Yemsi, and Alastair McIntosh, ("Defendants") hereby respectfully submit this Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d) as follows:

  1. The Court granted Defendants' motion to dismiss and dismissed the Second Amended Complaint without leave to amend on August 23, 2024.

  2. The order vacated all future dates and ordered the clerk to terminate the matter and close the case.

  3. Rule 58(b)(1)(C) provides that judgments shall be issued on orders denying all relief. Under Rule 58(a), such judgments shall be set out in a separate document.

  4. Pursuant to Rule 58(d), and to avoid any lack of clarity, Defendants respectfully request that judgment be entered for Defendants.  A proposed judgment is attached hereto.

  5. Pursuant to Local Rule 7.1(a)(3), counsel for Defendants have conferred with

counsel for Plaintiff, who consent to this Request for Entry of Judgment.

Dated: September 25, 2024                         Respectfully submitted,

*/s/ Bradley S. Shraiberg*
Bradley S. Shraiberg (Fla. Bar No. 121622)
Patrick Dorsey (Fla. Bar No. 0085841)
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Dr Ste 300
Boca Raton, FL 33431-8530
(561) 443-0800
bss@slp.law
pdorsey@slp.law

Boris Feldman
Doru Gavril
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
855 Main Street
Redwood City, CA
Telephone: (650) 618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com

Adam Rosenfeld
Susannah Benjamin
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Ave
New York, NY 10022
Telephone: (212) 277-4000
adam.rosenfeld@freshfields.com
susannah.benjamin@freshfields.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 25th day of September 2024.

*/s/ Bradley S. Shraiberg*
Bradley S. Shraiberg