UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80232-RLR

MANIRAJ ASHIRWAD GNANARAJ,
*Individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

LILIUM N.V.; BARRY ENGLE; DANIEL WIEGAND; GEOFFREY RICHARDSON; YVES YEMSI; ALASTIR McINTOSH; and QELL ACQUISITION CORP.,

    Defendants.
_____/

## JUDGMENT

The Court entered an Order GRANTING Defendants' motion to dismiss the Second Amended Complaint without leave to amend on August 23, 2024. Judgment is accordingly entered in favor of Defendants and against Plaintiffs.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of September, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE